B1 (Official Form 1) (4/10)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

**VOLUNTARY PETITION**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): <br> FGIC Corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): <br> None | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): <br> XX-XXX6474 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): <br> 125 Park Avenue <br> New York, NY <br> ZIP CODE 10017 | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP CODE |
| County of Residence or of the Principal Place of Business: <br> New York County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP CODE | Mailing Address of Joint Debtor (if different from street address): <br> ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): <br> ZIP CODE | |

### Type of Debtor (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other _Holding Company_

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

### Filing Fee (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

----------------------------------

**Check all applicable boxes:**
- ☑ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>FGIC Corporation | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): FGIC Corporation |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X /s/ Brian S. Lennon
Signature of Attorney for Debtor(s)
Brian S. Lennon, Esq.
Printed Name of Attorney for Debtor(s)
Kirkland & Ellis LLP
Firm Name
601 Lexington Avenue
New York, NY 10022
Address
(212) 446-4800
Telephone Number
August 3, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual
John S. Dubel
Printed Name of Authorized Individual
Chief Executive Officer
Title of Authorized Individual
August 3, 2010
Date

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FGIC CORPORATION[1] | ) | |
| | ) | Case No. __-_____(___) |
| Debtor. | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS[2]

| Equity Holder | Address of Equity Holder | Class of Equity Held | Percentage of Equity Held |
|---|---|---|---|
| GE Funding Holdings, Inc. | 201 Merritt 7<br>Norwalk, CT 06851 | Preferred Stock<br>Common Stock | 100%<br>7.7% |
| The Blackstone Group LP (via affiliates) | 345 Park Avenue<br>New York, NY 10154 | Common Stock | 39.5% |
| The Cypress Group LLC (via affiliates) | 437 Madison Avenue, 33rd Floor<br>New York, NY 10022 | Common Stock | 39.5% |
| CIVC Partners LP (via affiliates) | 100 North Wacker Drive<br>Suite 1100<br>Chicago, IL 60606 | Common Stock | 12.0% |
| Emanuel Acosta | Financial Guaranty Insurance Co.<br>125 Park Avenue<br>New York, NY 10017 | Common Stock | <1% |
| Thomas Adams | 53 North Moore Street 2C<br>New York, NY 10013 | Common Stock | <1% |
| Frank Bivona | 822 Scioto Drive<br>Franklin Lakes, NJ 07417 | Common Stock | <1% |
| Donna Blank | 244 Henry Street #3<br>Brooklyn, NY 11201 | Common Stock | <1% |
| Florien Bouwmeester | 330 Bergen Street<br>Apartment 5D<br>Brooklyn, NY 11217 | Common Stock | <1% |

---

[1] The last four digits of the Debtor's tax identification number are 6474. The location of the Debtor's corporate headquarters is 125 Park Avenue, New York, New York 10017.

[2] This list serves as the disclosure required to be made pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions are listed based on information and belief as of the date hereof.

| Equity Holder | Address of Equity Holder | Class of Equity Held | Percentage of Equity Held |
|---|---|---|---|
| Peter Cardinale | Financial Guaranty Insurance Co.<br>10 Audubon Place<br>Huntington, NY 11743 | Common Stock | <1% |
| Howard Cure | 445 East 86th Street #6H<br>New York, NY 10028 | Common Stock | <1% |
| Karen Daly | 3427 79th Street<br>Apartment #31<br>Jackson Heights, NY 11372 | Common Stock | <1% |
| Kenneth Degen | Financial Guaranty Insurance Co.<br>125 Park Avenue<br>New York, NY 10017 | Common Stock | <1% |
| John Donohoe | Financial Guaranty Insurance Co.<br>125 Park Avenue<br>New York, NY 10017 | Common Stock | <1% |
| Lynn Finkel | 315 East 65th Street 4B<br>New York, NY 10021 | Common Stock | <1% |
| Glenn Fox | 19 Ibworth Lane<br>Elvetham Heath<br>Fleet, Hampshire GU51 1AU, UK | Common Stock | <1% |
| Mary Francoeur | 475 Ridgewood Road<br>Maplewood, NJ 07040 | Common Stock | <1% |
| Jeffrey Fried | 35 Westgate Road<br>Muttontown, NY 11791 | Common Stock | <1% |
| Carolanne Gardner | Financial Guaranty Insurance Co.<br>125 Park Avenue<br>New York, NY 10017 | Common Stock | <1% |
| Ellen Gordon | 176 Leroy Street<br>Tenafly, NJ 07670 | Common Stock | <1% |
| Nicholas Jones | 9 Cardigan Mansions<br>19 Richmond Hill<br>Richmond, Surry UK, TW10 6RD | Common Stock | <1% |
| Ann Kaplan | 730 Park Avenue<br>Apartment 18C<br>New York, NY 10022 | Common Stock | <1% |
| Seth Lehman | 25 Holland Lane<br>Monsey, NY 10952 | Common Stock | <1% |
| Lisa Lesko | 105 Upper Pond Road<br>Bearsville, NY 12409 | Common Stock | <1% |
| Clifton Lewis | Financial Guaranty Insurance Co.<br>125 Park Avenue<br>New York, NY 10017 | Common Stock | <1% |
| David Lopp | 6 Ellis Court<br>Rye, NY 10580 | Common Stock | <1% |
| Brian Moore | 165 West 20th Street 6B<br>New York, NY 10011 | Common Stock | <1% |

| Equity Holder | Address of Equity Holder | Class of Equity Held | Percentage of Equity Held |
|---|---|---|---|
| Paul Morrison | 115 River Road<br>Unit #9<br>Cos Cob, CT 06807 | Common Stock | <1% |
| Steven Natko | Financial Guaranty Insurance Co.<br>125 Park Avenue<br>New York, NY 10017 | Common Stock | <1% |
| Howard Pfeffer | 125 East Broadway<br>Unit #409<br>Long Beach, NY 11561 | Common Stock | <1% |
| Harold Phillips | 1445 16th Street<br>Apartment 1401<br>Miami Beach, FL 33139 | Common Stock | <1% |
| James Sherman | 126 Trinidad Drive<br>Tiburon, CA 94920 | Common Stock | <1% |
| Dana Skelton | 5908 Liebig Avenue<br>Bronx, NY 10471 | Common Stock | <1% |
| Timothy Tattam | Financial Guaranty Insurance Co.<br>125 Park Avenue<br>New York, NY 10017 | Common Stock | <1% |
| Timothy Travers | Financial Guaranty Insurance Co.<br>125 Park Avenue<br>New York, NY 10017 | Common Stock | <1% |
| A. Edward Turi III | Financial Guaranty Insurance Co.<br>125 Park Avenue<br>New York, NY 10017 | Common Stock | <1% |
| Robert Velins | 222/3 Darling Island Road<br>Pyrmont NSW 2009, AU | Common Stock | <1% |
| Thomas C. Wajnert | Thomas C. Wajnert Associates<br>P.O. Box 37<br>Calistoga, CA 94515 | Common Stock | <1% |
| Sean Woodroffe | 40 Meadow Park Lane<br>Belle Mead, NJ 08502 | Common Stock | <1% |

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. § 1746, I, John S. Dubel, the Chief Executive Officer of FGIC Corporation, declare under penalty of perjury that I have reviewed the foregoing list of equity security holders and that it is true and correct to the best of my information and belief.

Dated: August 3, 2010

_____
John S. Dubel
Chief Executive Officer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                    ) Chapter 11
                                          )
FGIC CORPORATION[1]                       )
                                          ) Case No. __-_____(___)
                Debtor.                   )
                                          )

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Bankruptcy Rules for the Southern District of New York, the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the Debtor's equity interests:

| Corporate Entity | Class of Equity Held | Percentage of Equity Held |
|---|---|---|
| GE Funding Holdings, Inc. | Preferred Stock<br>Common Stock | 100%<br>7.7% |
| The Blackstone Group LP (via affiliates) | Common Stock | 39.5% |
| The Cypress Group LLC (via affiliates) | Common Stock | 39.5% |
| CIVC Partners LP (via affiliates) | Common Stock | 12.0% |

---

[1] The last four digits of the Debtor's tax identification number are 6474. The location of the Debtor's corporate headquarters is 125 Park Avenue, New York, New York 10017.

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. § 1746, I, John S. Dubel, the Chief Executive Officer of FGIC Corporation, declare under penalty of perjury that I have reviewed the foregoing corporate ownership statement and that it is true and correct to the best of my information and belief.

Dated: August  3 , 2010

_____
John S. Dubel
Chief Executive Officer

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|                        |   |              |
|------------------------|---|--------------|
| In re:                 | ) | Chapter 11   |
|                        | ) |              |
| FGIC CORPORATION[1]    | ) |              |
|                        | ) | Case No. __-_____(___) |
|     Debtor. | ) |     |
|                        | ) |              |

## LIST OF CREDITORS HOLDING
## THE 20 LARGEST UNSECURED CLAIMS

FGIC Corporation (the "<u>Debtor</u>") has filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code.  The following is a list of the creditors that, to the best of my knowledge, hold the 20 largest unsecured claims against the Debtor as the date hereof.  The list has been prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure.  None of these creditors is a minor child.  The information contained herein shall neither constitute an admission of liability by, nor is it binding upon, the Debtor.  The information herein, including the failure of the Debtor to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtor's right to contest the validity, priority or amount of any claim.

|   | **NAME OF CREDITOR, COMPLETE MAILING ADDRESS AND EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM** | **NATURE OF CLAIM** (bond debt, trade debt, bank loan, government contract, etc.) | **INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF** | **AMOUNT OF CLAIM** (if secured, also state value of security) |
|---|---|---|---|---|
| 1 | WILMINGTON TRUST FSB<br>Attn.:  Adam Berman<br>166 Mercer Street, Suite 2-R<br>New York, NY 10012<br>Phone:  (212) 941-4415<br>Fax:     (212) 343-1079 | Bond Debt | | $345,515,068 |

---

[1] The last four digits of the Debtor's tax identification number are 6474.  The location of the Debtor's corporate headquarters is 125 Park Avenue, New York, New York 10017.

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS AND EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (bond debt, trade debt, bank loan, government contract, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 2 | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT<br>Attn.: Elizabeth A. Kelley<br>Special Loan Group<br>277 Park Avenue, 8th Floor<br>New York, NY 10017<br>Phone: (212) 622-4511<br>Fax: (212) 270-0430 | Bank Debt | | $46,000,000 |
| 3 | FINANCIAL GUARANTY INSURANCE COMPANY<br>Attn.: A. Edward Turi, III<br>125 Park Avenue<br>New York, NY 10017<br>Phone: (212) 312-3000<br>Fax: (212) 312-3093 | Intercompany Claim | | $30,000[2] |
| 4 | DUBEL & ASSOCIATES, LLC<br>Attn.: John S. Dubel<br>P.O. Box 524<br>Brookside, NJ 07926 | Monitoring Fee | | $10,500 |

---

[2] This figure reflects FGIC Corporation's estimate of the accrued value of intercompany claims as of the date hereof and is subject to change.

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. § 1746, I, John S. Dubel, the Chief Executive Officer of FGIC Corporation, declare under penalty of perjury that I have reviewed the foregoing list of creditors holding the 20 largest unsecured claims and that it is true and correct to the best of my information and belief.

Dated: August __3__, 2010

_____
John S. Dubel
Chief Executive Officer

# FGIC CORPORATION

## Resolutions Approving Filing of Chapter 11 Petition

WHEREAS, the Board of Directors of FGIC Corporation (the "Company") reviewed the materials presented by the management and advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it and the impact of the foregoing on the Company's business; and

WHEREAS, the Board of Directors has had the opportunity to consult with the management and advisors of the Company, and to fully consider each of the strategic alternatives available to the Company.

**I.   Voluntary Petition Under the Provisions
of Chapter 11 of the United States Bankruptcy Code**

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Board of Directors of the Company, it is desirable and in the best interests of the Company, its creditors and other parties in interest that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and be it

FURTHER RESOLVED, that the officers of the Company (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and each of them hereby is, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and be it

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and directed to employ, or continue to employ, the law firm of Kirkland & Ellis LLP as general restructuring counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Company's chapter 11 case and cause to be filed an appropriate

application for authority to retain the services of Kirkland & Ellis LLP; and be it

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

II. **Chapter 11 Plan and Related Disclosure Statement**

NOW THEREFORE, BE IT FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered to execute and file on behalf of the Company the *Chapter 11 Plan of Reorganization of FGIC Corporation* (the "Plan") and the related *Disclosure Statement for the Chapter 11 Plan of Reorganization of FGIC Corporation* (the "Disclosure Statement"), substantially in the form of the Plan and Disclosure Statement presented to the Board of Directors on the date hereof; and it is

RESOLVED FURTHER that the Authorized Officers, acting alone or with one or more other Authorized Officers be, and each of them hereby is, authorized and empowered to execute and file on behalf of the Company all motions, papers, documents and exhibits and to take any and all actions that they deem necessary or proper to achieve approval of the Disclosure Statement and confirmation of the Plan.

III. **Further Actions and Prior Actions**

NOW, THEREFORE, BE IT FURTHER RESOLVED that, in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the officers of the Company or their designees shall be, and each of them, acting alone or with one or more other officers, hereby is, authorized, directed and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be

necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and be it

FURTHER RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

# FGIC CORPORATION

## SECRETARY'S CERTIFICATE

The undersigned, the Secretary of FGIC Corporation, a corporation duly incorporated and existing under the laws of the State of Delaware (the "Corporation"), does hereby certify, solely on behalf of the Corporation and not in an individual capacity, that the Board of Directors of the Corporation has adopted resolutions approving the filing of a voluntary petition for relief under chapter 11 of title 11 of the United States Code and authorizing the officers of the Corporation to take any and all action necessary to obtain such relief.

IN WITNESS WHEREOF, I have hereunto set my hand on behalf of the Corporation on this 3rd day of August, 2010.

FGIC Corporation

By: _____
Carolanne Gardner
Secretary