UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :           Chapter 11
                                                    :
                                                    :           Case No. 10-14215 (SMB)
FGIC CORPORATION[1]                                 :
                                                    :
                          Debtors.                  :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS            )
                             ) ss
COUNTY OF COOK               )

I, Brian Karpuk, being duly sworn, depose and state:

1.       I am a Senior Project Manager with The Garden City Group, Inc., the proposed claims

and noticing agent for the debtor and debtor-in-possession (the "Debtor") in the above-captioned

case.  Our business address is 190 South LaSalle, Suite 1520, Chicago IL, 60603.

2.       On August 3, 2010, at the direction of Kirkland & Ellis LLP ("Kirkland"), proposed

counsel for the Debtor, I caused a true and correct copy of the following documents to be served

by e-mail on the parties as set forth on the service list annexed hereto as Exhibit A and by

overnight delivery on the service list annexed hereto as Exhibit B:

- Notice of Commencement of Chapter 11 Case;

- Voluntary Petition for Relief [Docket 1];

- Debtor's Motion for Entry of Interim and Final Orders (a) Authorizing the Debtor
  to Continue Using its Existing Bank Accounts and Business Forms, (b) Granting
  Administrative Priority for Intercompany Claims and (c) Authorizing the Debtor
  to Maintain Existing Investment Practices [Docket 4];

---

[1] The last four digits of the Debtor's tax identification number are 6474. The location of the Debtor's corporate headquarters is 125 Park Avenue, New York, New York 10017.

- Debtor's Motion for Entry of Interim and Final Orders Establishing Claims Trading Procedures for Trading in Claims Against the Debtor's Estate Nunc Pro Tunc to the Petition Date [Docket 5];

- Debtor's Motion for Entry of an Order (a) Establishing Certain Notice, Case Management and Administrative Procedures and (b) Scheduling Disclosure Statement Hearing and Approving Notice Thereof [Docket 6];

- Debtor's Application for Entry of an Order Authorizing the Employment and Retention of the Garden City Group, Inc. as Notice and Claims Agent [Docket 7];

- Declaration of John S. Dubel Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York in Support of First Day Motions [Docket 8];

- Debtor's Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Docket 9];

- Debtor's Motion for Entry of an Order (a) Establishing the Deadlines for Filing Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (b) Approving Procedures for Filing Proofs of Claim and (c) Approving the Form and Manner of Notice Thereof [Docket 10].

3.    On August 3, 2010, also at the direction of Kirkland, I caused a true and correct copy of the following documents to be served by E-mail on the Bank parties as set forth on the service list annexed hereto as Exhibit C, by Fax on the Bank parties as set forth on the service list annexed hereto as Exhibit D and by overnight delivery on the Bank parties as set forth on the service list annexed hereto as Exhibit E:

- Notice of Commencement of Chapter 11 Case;

- Debtor's Motion for Entry of Interim and Final Orders (a) Authorizing the Debtor to Continue Using its Existing Bank Accounts and Business Forms, (b) Granting Administrative Priority for Intercompany Claims and (c) Authorizing the Debtor to Maintain Existing Investment Practices [Docket 4].

4.    On August 3, 2010, also at the direction of Kirkland, I caused a true and correct copy of the following documents to be served by Fax on the parties as set forth on the service list

annexed hereto as Exhibit F and by overnight delivery on the service list annexed hereto as Exhibit G:

- Notice of Commencement of Chapter 11 Case;

- Debtor's Motion for Entry of Interim and Final Orders Establishing Claims Trading Procedures for Trading in Claims Against the Debtor's Estate Nunc Pro Tunc to the Petition Date [Docket 5].

5.      On August 3, 2010, also at the direction of Kirkland, I caused a true and correct copy of the following documents to be served by Fax on the parties as set forth on the service list annexed hereto as Exhibit H:

- Notice of Commencement of Chapter 11 Case.

6.      On August 4, 2010, also at the direction of Kirkland, I caused a true and correct copy of the following documents to be served by Fax on the parties as set forth on the service list annexed hereto as Exhibit I and via E-mail on the parties as set forth on the service list annexed hereto as Exhibit J:

- Notice of First Day Hearing Agenda [Docket 15].

7.      On August 4, 2010, also at the direction of Kirkland, I caused a true and correct copy of the following documents to be served by E-mail on the parties as set forth on the service list annexed hereto as Exhibit K:

- Chapter 11 Plan of Reorganization of FGIC Corporation [Docket 11];

- Disclosure Statement for the Chapter 11 Plan of Reorganization of FGIC Corporation [Docket 12];

- Debtor's Motion for entry of an order (a) Approving the Adequacy of the Disclosure statement, (b) Fixing Dates and Deadlines Relating to Confirmation of

the Plan, (c) Approving Certain Procedures for Soliciting and Tabulating the Votes on, and for Objecting to, the Plan and (d) Approving the Manner and Form of the Various Notices and Documents Relating Thereto [Docket 13].

Brian Karpuk

Sworn to before me this 4th day of August, 2010

Jeffrey C. Demma
Notary Public, State of Illinois
No. 70197503N
Qualified in Will County
Commission Expires: 12/1/2010

"OFFICIAL SEAL"
JEFFREY C. DEMMA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/1/2010

# EXHIBIT A

DLA PIPER
ATTN: H. JEFFREY SCHWARTZ
BENNETT SILVERBERG
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020
email: jeffrey.schwartz@dlapiper.com, bennett.silverberg@dlapiper.com

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON
ATTN BONNIE STEINGART
ONE NEW YORK PLAZA
NEW YORK NY 10004
email: bonnie.steingart@friedfrank.com

KIRKLAND & ELLIS LLP
ATTN: PAUL BASTA, BRIAN LENNON
601 LEXINGTON AVE
NEW YORK NY 10022
email: brian.lennon@kirkland.com, paul.basta@kirkland.com, andy.pratt@kirkland.com

KIRKLAND & ELLIS LLP
ATTN PATRICK NASH
300 N. LASALLE
CHICAGO IL 60654
email: patrick.nash@kirkland.com

MORGAN LEWIS & BOCKIUS LLP
RICHARD S. TODER / MICHAEL A. CHAPNICK
101 PARK AVENUE
NEW YORK NY 10178
email: rtoder@morganlewis.com, mchapnick@morganlewis.com

THE GARDEN CITY GROUP INC
ATTN BRIAN KARPUK
SUITE 1520
190 S. LASALLE
CHICAGO IL 60603
email: fgcteam@gardencitygroup.com

UNITED STATES TRUSTEE OFFICE
REGION 2
33 WHITEHALL ST, 21ST FL
NEW YORK NY 10007
email: USTP.Region02@usdoj.gov

WILMINGTON TRUST FSB
ATTN ADAM BERMAN
166 MERCER ST STE 2-R
NEW YORK NY 10012
email: aberman@wilmingtontrust.com

# EXHIBIT B

DLA PIPER
ATTN: H. JEFFREY SCHWARTZ
BENNETT SILVERBERG
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

FGIC CORPORATION
ATTN JOHN S DUBEL
125 PARK AVE
NEW YORK, NY 10017

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
11601 ROOSEVELT BLVD
MAIL DROP N781
PHILADELPHIA, PA 10154

KIRKLAND & ELLIS LLP
ATTN: PAUL BASTA, BRIAN LENNON
601 LEXINGTON AVE
NEW YORK, NY 10022

NYS DEPT TAXATION & FINANCE
BANKRUPTCY/SPECIAL PROC SECTION
PO BOX 5300
ALBANY, NY 12205-0300

SECURITIES & EXCHANGE COMMISSION
GEORGE S CANELLOS, REG DIR
THE WOOLWORTH BUILDING
233 BROADWAY - JOHN MURRAY
NEW YORK, NY 10279

UNITED STATES ATTORNEY
BANKRUPTCY DIVISION
ONE ST ANDREW'S PLAZA
CLAIMS UNIT- ROOM 417
NEW YORK, NY 10007

UNITED STATES TRUSTEE OFFICE
REGION 2
33 WHITEHALL ST, 21ST FL
NEW YORK, NY 10007

DUBEL & ASSOCIATES LLC
ATTN JOHN S DUBEL
PO BOX 524
BROOKSIDE, NJ 07926

FRIED, FRANK, HARRIS
SHRIVER & JACOBSON
ATTN BONNIE STEINGART
ONE NEW YORK PLAZA
NEW YORK, NY 10004

KIRKLAND & ELLIS LLP
ATTN PATRICK NASH
300 N. LASALLE
CHICAGO, IL 60654

MORGAN LEWIS & BOCKIUS LLP
RICHARD S. TODER
MICHAEL A. CHAPNICK
101 PARK AVENUE
NEW YORK, NY 10178

OFFICE OF THE ATTORNEY GENERAL
ATTN ANDREW CUOMO
120 BROADWAY
NEW YORK, NY 10271-0332

THE GARDEN CITY GROUP INC
ATTN BRIAN KARPUK
SUITE 1520
190 S. LASALLE
CHICAGO, IL 60603

UNITED STATES TRUSTEE OFFICE
REGION 2
33 WHITEHALL ST, 21ST FL
NEW YORK, NY 10007

WILMINGTON TRUST FSB
ATTN ADAM BERMAN
166 MERCER ST STE 2-R
NEW YORK, NY 10012

# EXHIBIT C

JP MORGAN NEW YORK
ATTN ABE EZRA
4 CHASE METRO TECH CTR 20TH FLR
BROOKLYN NY 11245
email: Abraham.H.Ezra@jpmorgan.com

JP MORGAN NEW YORK
ATTN KAREN FREED
1 CHASE MANHATTAN PLAZA FL 7
NEW YORK NY 10005
email: karen.freed@jpmorgan.com

JPM ASSET MGMT
ATTN THOMAS CHANG
245 PARK AVE 3RD FLR
NEW YORK NY 10167
email: thomas.x.chang@jpmorgan.com

STATE STREET KANSAS CITY
ATTN AARON JOHNSON
801 PENNSYLVANIA AVE
KANSAS CITY MO 64105
email: amjohnson@statestreetkc.com

STATE STREET KANSAS CITY
ATTN JORGE FLORES
801 PENNSYLVANIA AVE
KANSAS CITY MO 64105
email: JOFlores@statestreet.com

THE RESERVE
ATTN RYAN GREEN
1250 BROADWAY
NEW YORK NY 10001-3701
email: rgreen@ther.com

WELLS FARGO ADVANTAGE FUNDS
ATTN MEREDITH ASHWELL
30 DAN RD
CANTON MI 02021
email: mashwell@evergreeninvestments.com

# EXHIBIT D

JP MORGAN NEW YORK
ATTN KAREN FREED
1 CHASE MANHATTAN PLAZA FL 7
NEW YORK NY 10005
FAX: 212-552-4367

JPM ASSET MGMT
ATTN THOMAS CHANG
245 PARK AVE 3RD FLR
NEW YORK NY 10167
FAX: 917-456-3227

STATE STREET KANSAS CITY
ATTN AARON JOHNSON
801 PENNSYLVANIA AVE
KANSAS CITY MO 64105
FAX: 816-871-5522

STATE STREET KANSAS CITY
ATTN JORGE FLORES
801 PENNSYLVANIA AVE
KANSAS CITY MO 64105
FAX: 617-786-2120

THE RESERVE
ATTN RYAN GREEN
1250 BROADWAY
NEW YORK NY 10001-3701
FAX: 212-401-5958

WELLS FARGO ADVANTAGE FUNDS
ATTN MEREDITH ASHWELL
30 DAN RD
CANTON MI 02021
FAX: 617-954-0996

# EXHIBIT E

JP MORGAN NEW YORK
ATTN ABE EZRA
4 CHASE METRO TECH CTR 20TH FLR
BROOKLYN NY 11245

JPM ASSET MGMT
ATTN THOMAS CHANG
245 PARK AVE 3RD FLR
NEW YORK NY 10167

STATE STREET KANSAS CITY
ATTN AARON JOHNSON
801 PENNSYLVANIA AVE
KANSAS CITY MO 64105

THE CHASE MANHATTAN BANK
CHASE TREASURY SOLUTIONS
ATTN EFT PRODUCT MANAGER
4 CHASE METROTECH CENTER
BROOKLYN NY 11245

WELLS FARGO ADVANTAGE FUNDS
ATTN MEREDITH ASHWELL
30 DAN RD
CANTON MI 02021

JP MORGAN NEW YORK
ATTN KAREN FREED
1 CHASE MANHATTAN PLAZA FL 7
NEW YORK NY 10005

STATE STREEET BANK AND TRUST CO
ATTN PRESIDENT OR GENERAL COUNSEL
TWO WORLD FINANCIAL CENTER
225 LIBERTY ST 24TH FLR
NEW YORK NY 10281

STATE STREET KANSAS CITY
ATTN JORGE FLORES
801 PENNSYLVANIA AVE
KANSAS CITY MO 64105

THE RESERVE
ATTN RYAN GREEN
1250 BROADWAY
NEW YORK NY 10001-3701

# EXHIBIT F

BNY MELLON
525 WILLIAM PENN PLACE
3RD FLOOR, AIM: 153-0300
ATTN: BETH STIFFLER, PARALEGAL
PITTSBURGH PA 15259
FAX: 412- 23-6 00

CITIBANK, N.A. AND
CITIGROUP GLOBAL MARKETS INC./SALOMON BR
111 WALL STREET
CORPORATE ACTION ANNOUNCEMENTS/CLASS ACT
NEW YORK NY 10005
FAX:  21-2  -657

DEUTSCHE BANK
5022 GATE PARKWAY
BLDG 100
ATTN: ASHLEY RICHEY
JACKSONVILLE FL 32256
FAX:  90-4  -527

GOLDMAN SACHS & CO.
ATTN: MARC J. GROLEAU
SECURITIES OPERATION
30 HUDSON ST. 4TH FL
JERSEY CITY NJ 07302
FAX: 917-977-4059

J.P. MORGAN CHASE BANK
INFORMATION SERVICES REORGANIZATION
ATTN: BRYAN V. FULLER, JACOB BACK
14201 NORTH DALLAS PARKWAY, 12TH FLOOR
DALLAS TX 75254
FAX: 469-477-2189

KEYBANK NATIONAL ASSOCIATION
ATTN: JULIE KRATSIS
4900 TIEDEMAN ROAD
BROOKLYN OH 44144
FAX: 216-370-6153

MBIA INC.
ATTN: RAM WERTHEIM
113 KING STREET
ARMONK NY 10504
FAX: 914-765-3919

MERRILL LYNCH, PIERCE, FENNER & SMITH
ATTN: NEYDA DARIAS, V.P.
4 WORLD FINANCIAL CENTER, 17TH FLOOR
MAIL CODE: NY3-004-17-01
NEW YORK NY 10080
FAX: 212-669-0813

NAVY MUTUAL AID ASSOCIATION
HENDERSON HALL
29 CARPERNTER ROAD
ARLINGTON VA 22212
FAX: 703-945-1441

PROTECTIVE LIFE CORPORATION
ATTN: DEBORAH LONG
OFFICE OF GENERAL COUNSEL
2801 HIGHWAY 280 SOUTH
BIRMINGHAM AL 35223
FAX: 205-268-5547

U.S. BANK
ATTN: MICHELLE BRUSS
MK-WI-S302
1555 N. RIVERCENTER DRIVE
MILWAUKEE WI 53212
FAX: 414-905-5515

WILMINGTON TRUST COMPANY
ATTN: JAMES MCGINLEY
520 MADISON AVENUE
33RD FLOOR
NEW YORK NY 10022
FAX: 212-415-0513

# EXHIBIT G

BANC OF AMERICA SECURITIES, LLC
ATTN: MARIUSZ NIEDBALEC
100 W 33RD STREET
NEW YORK NY 10001

BNY MELLON
525 WILLIAM PENN PLACE
3RD FLOOR, AIM: 153-0300
ATTN: BETH STIFFLER, PARALEGAL
PITTSBURGH PA 15259

DEUTSCHE BANK
5022 GATE PARKWAY
BLDG 100
ATTN: ASHLEY RICHEY
JACKSONVILLE FL 32256

GOLDMAN SACHS & CO.
ATTN: MARC J. GROLEAU
SECURITIES OPERATION
30 HUDSON ST. 4TH FL
JERSEY CITY NJ 07302

JPMORGAN CHASE, NA, AS ADMINISTRATIVE AG
ATTN: ELIZABETH A. KELLEY
SPECIAL LOAN GROUP
277 PARK AVENUE, 8TH FLOOR
NEW YORK NY 10017

MBIA INC.
ATTN: RAM WERTHEIM
113 KING STREET
ARMONK NY 10504

NAVY MUTUAL AID ASSOCIATION
HENDERSON HALL
29 CARPERNTER ROAD
ARLINGTON VA 22212

THE BANK OF NEW YORK MELLON
ONE WALL STREET
ATTN: MIGDALIA JIMENEZ, V.P.
VOLUNTARY US CORP ACTIONS
NEW YORK NY 10286

WILMINGTON TRUST COMPANY
ATTN: JAMES MCGINLEY
520 MADISON AVENUE
33RD FLOOR
NEW YORK NY 10022

BARCLAYS CAPITAL
ATTN: PHILIP FRANCHINI - AVP
CORPORATE ACTIONS
70 HUDSON ST.
JERSEY CITY NJ 07302

CITIBANK, N.A. AND
CITIGROUP GLOBAL MARKETS INC./SALOMON BR
111 WALL STREET
CORPORATE ACTION ANNOUNCEMENTS/CLASS ACT
NEW YORK NY 10005

EUROCLEAR BRUSSELS
ATTN: DIETER DECEUNINCK
SUPERVISOR DRIT PROCESSING
BOULEVARD DU ROI ALBERT II 1
1210 SAINT-JOSSE-TEN-NOODE

J.P. MORGAN CHASE BANK
INFORMATION SERVICES REORGANIZATION
ATTN: BRYAN V. FULLER, JACOB BACK
14201 NORTH DALLAS PARKWAY, 12TH FLOOR
DALLAS TX 75254

KEYBANK NATIONAL ASSOCIATION
ATTN: JULIE KRATSIS
4900 TIEDEMAN ROAD
BROOKLYN OH 44144

MERRILL LYNCH, PIERCE, FENNER & SMITH
ATTN: NEYDA DARIAS, V.P.
4 WORLD FINANCIAL CENTER, 17TH FLOOR
MAIL CODE: NY3-004-17-01
NEW YORK NY 10080

PROTECTIVE LIFE CORPORATION
ATTN: DEBORAH LONG
OFFICE OF GENERAL COUNSEL
2801 HIGHWAY 280 SOUTH
BIRMINGHAM AL 35223

U.S. BANK
ATTN: MICHELLE BRUSS
MK-WI-S302
1555 N. RIVERCENTER DRIVE
MILWAUKEE WI 53212

# EXHIBIT H

NYS DEPT TAXATION & FINANCE
BANKRUPTCY/SPECIAL PROC SECTION
PO BOX 5300
ALBANY NY 12205-0300
FAX: 518- 45-7 06

OFFICE OF THE ATTORNEY GENERAL
ATTN ANDREW CUOMO
120 BROADWAY
NEW YORK NY 10271-0332
FAX:  21-2  -416

SECURITIES & EXCHANGE COMMISSION
GEORGE S CANELLOS, REG DIR
THE WOOLWORTH BUILDING
233 BROADWAY - JOHN MURRAY
NEW YORK NY 10279
FAX: 212-336-1322

UNITED STATES ATTORNEY
BANKRUPTCY DIVISION
ONE ST ANDREW'S PLAZA
CLAIMS UNIT- ROOM 417
NEW YORK NY 10007
FAX: 212-637-2685

UNITED STATES TRUSTEE OFFICE
REGION 2
33 WHITEHALL ST, 21ST FL
NEW YORK NY 10007
FAX: 212-668-2255

# EXHIBIT I

BANC OF AMERICA SECURITIES, LLC
ATTN: MARIUSZ NIEDBALEC
100 W 33RD STREET
NEW YORK NY 10001
FAX: 212-548-8594

BARCLAYS CAPITAL
ATTN: PHILIP FRANCHINI - AVP
CORPORATE ACTIONS
70 HUDSON ST.
JERSEY CITY NJ 07302
FAX: 212-412-1243

BNY MELLON
525 WILLIAM PENN PLACE
3RD FLOOR, AIM: 153-0300
ATTN: BETH STIFFLER, PARALEGAL
PITTSBURGH PA 15259
FAX: 412-236-0029

CITIBANK, N.A. AND
CITIGROUP GLOBAL MARKETS INC./SALOMON BR
111 WALL STREET
CORPORATE ACTION ANNOUNCEMENTS/CLASS ACT
NEW YORK NY 10005
FAX: 212-657-0220

DEUTSCHE BANK
5022 GATE PARKWAY
BLDG 100
ATTN: ASHLEY RICHEY
JACKSONVILLE FL 32256
FAX: 904-527-6338

DLA PIPER
ATTN: H. JEFFREY SCHWARTZ
BENNETT SILVERBERG
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020
FAX: 212-335-4501

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON
ATTN BONNIE STEINGART
ONE NEW YORK PLAZA
NEW YORK NY 10004
FAX: 212-859-4000

GOLDMAN SACHS & CO.
ATTN: MARC J. GROLEAU
SECURITIES OPERATION
30 HUDSON ST. 4TH FL
JERSEY CITY NJ 07302
FAX: 917-977-4059

J.P. MORGAN CHASE BANK
INFORMATION SERVICES REORGANIZATION
ATTN: BRYAN V. FULLER, JACOB BACK
14201 NORTH DALLAS PARKWAY, 12TH FLOOR
DALLAS TX 75254
FAX: 469-477-2189

JP MORGAN NEW YORK
ATTN KAREN FREED
1 CHASE MANHATTAN PLAZA FL 7
NEW YORK NY 10005
FAX: 212-552-4367

JPM ASSET MGMT
ATTN THOMAS CHANG
245 PARK AVE 3RD FLR
NEW YORK NY 10167
FAX: 917-456-3227

JPMORGAN CHASE, NA, AS ADMINISTRATIVE AG
ATTN: ELIZABETH A. KELLEY
SPECIAL LOAN GROUP
277 PARK AVENUE, 8TH FLOOR
NEW YORK NY 10017
FAX: 212-622-4557

KEYBANK NATIONAL ASSOCIATION
ATTN: JULIE KRATSIS
4900 TIEDEMAN ROAD
BROOKLYN OH 44144
FAX: 216-370-6153

KIRKLAND & ELLIS LLP
ATTN: PAUL BASTA, BRIAN LENNON
601 LEXINGTON AVE
NEW YORK NY 10022
FAX: 212-446-4900

KIRKLAND & ELLIS LLP
ATTN PATRICK NASH
300 N. LASALLE
CHICAGO IL 60654
FAX: 312-862-2200

MBIA INC.
ATTN: RAM WERTHEIM
113 KING STREET
ARMONK NY 10504
FAX: 914-765-3919

MERRILL LYNCH, PIERCE, FENNER & SMITH
ATTN: NEYDA DARIAS, V.P.
4 WORLD FINANCIAL CENTER, 17TH FLOOR
MAIL CODE: NY3-004-17-01
NEW YORK NY 10080
FAX: 212-669-0813

MORGAN LEWIS & BOCKIUS LLP
RICHARD S. TODER / MICHAEL A. CHAPNICK
101 PARK AVENUE
NEW YORK NY 10178
FAX: 212-309-6001

NAVY MUTUAL AID ASSOCIATION
HENDERSON HALL
29 CARPERNTER ROAD
ARLINGTON VA 22212
FAX: 703-945-1441

NYS DEPT TAXATION & FINANCE
BANKRUPTCY/SPECIAL PROC SECTION
PO BOX 5300
ALBANY NY 12205-0300
FAX: 518-457-0617

OFFICE OF THE ATTORNEY GENERAL
ATTN ANDREW CUOMO
120 BROADWAY
NEW YORK NY 10271-0332
FAX: 212-416-8816

PROTECTIVE LIFE CORPORATION
ATTN: DEBORAH LONG
OFFICE OF GENERAL COUNSEL
2801 HIGHWAY 280 SOUTH
BIRMINGHAM AL 35223
FAX: 205-268-5547

SECURITIES & EXCHANGE COMMISSION
GEORGE S CANELLOS, REG DIR
THE WOOLWORTH BUILDING
233 BROADWAY - JOHN MURRAY
NEW YORK NY 10279
FAX: 212-336-1322

STATE STREET KANSAS CITY
ATTN AARON JOHNSON
801 PENNSYLVANIA AVE
KANSAS CITY MO 64105
FAX: 816-871-5522

STATE STREET KANSAS CITY
ATTN JORGE FLORES
801 PENNSYLVANIA AVE
KANSAS CITY MO 64105
FAX: 617-786-2120

THE BANK OF NEW YORK MELLON
ONE WALL STREET
ATTN: MIGDALIA JIMENEZ, V.P.
VOLUNTARY US CORP ACTIONS
NEW YORK NY 10286
FAX: 732-667-4585

THE GARDEN CITY GROUP INC
ATTN BRIAN KARPUK
SUITE 1520
190 S. LASALLE
CHICAGO IL 60603
FAX: 312-499-6999

THE RESERVE
ATTN RYAN GREEN
1250 BROADWAY
NEW YORK NY 10001-3701
FAX: 212-401-5958

U.S. BANK
ATTN: MICHELLE BRUSS
MK-WI-S302
1555 N. RIVERCENTER DRIVE
MILWAUKEE WI 53212
FAX: 414-905-5515

UNITED STATES ATTORNEY
BANKRUPTCY DIVISION
ONE ST ANDREW'S PLAZA
CLAIMS UNIT- ROOM 417
NEW YORK NY 10007
FAX: 212-637-2685

UNITED STATES TRUSTEE OFFICE
REGION 2
33 WHITEHALL ST, 21ST FL
NEW YORK NY 10007
FAX: 212-668-2255

WELLS FARGO ADVANTAGE FUNDS
ATTN MEREDITH ASHWELL
30 DAN RD
CANTON MI 02021
FAX: 617-954-0996

WILMINGTON TRUST COMPANY
ATTN: JAMES MCGINLEY
520 MADISON AVENUE
33RD FLOOR
NEW YORK NY 10022
FAX: 212-415-0513

WILMINGTON TRUST FSB
ATTN ADAM BERMAN
166 MERCER ST STE 2-R
NEW YORK NY 10012
FAX: 212-343-1079

# EXHIBIT J

DLA PIPER
ATTN: H. JEFFREY SCHWARTZ
BENNETT SILVERBERG
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020
email: jeffrey.schwartz@dlapiper.com, bennett.silverberg@dlapiper.com

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON
ATTN BONNIE STEINGART
ONE NEW YORK PLAZA
NEW YORK NY 10004
email: bonnie.steingart@friedfrank.com

JP MORGAN NEW YORK
ATTN ABE EZRA
4 CHASE METRO TECH CTR 20TH FLR
BROOKLYN NY 11245
email: Abraham.H.Ezra@jpmorgan.com

JP MORGAN NEW YORK
ATTN KAREN FREED
1 CHASE MANHATTAN PLAZA FL 7
NEW YORK NY 10005
email: karen.freed@jpmorgan.com

JPM ASSET MGMT
ATTN THOMAS CHANG
245 PARK AVE 3RD FLR
NEW YORK NY 10167
email: thomas.x.chang@jpmorgan.com

KIRKLAND & ELLIS LLP
ATTN: PAUL BASTA, BRIAN LENNON
601 LEXINGTON AVE
NEW YORK NY 10022
email: brian.lennon@kirkland.com, paul.basta@kirkland.com, andy.pratt@kirkland.com

KIRKLAND & ELLIS LLP
ATTN PATRICK NASH
300 N. LASALLE
CHICAGO IL 60654
email: patrick.nash@kirkland.com

MORGAN LEWIS & BOCKIUS LLP
RICHARD S. TODER / MICHAEL A. CHAPNICK
101 PARK AVENUE
NEW YORK NY 10178
email: rtoder@morganlewis.com, mchapnick@morganlewis.com

PROTECTIVE LIFE CORPORATION
ATTN: DEBORAH LONG
OFFICE OF GENERAL COUNSEL
2801 HIGHWAY 280 SOUTH
BIRMINGHAM AL 35223
email: debbie.long@protective.com

STATE STREET KANSAS CITY
ATTN AARON JOHNSON
801 PENNSYLVANIA AVE
KANSAS CITY MO 64105
email: amjohnson@statestreetkc.com

STATE STREET KANSAS CITY
ATTN JORGE FLORES
801 PENNSYLVANIA AVE
KANSAS CITY MO 64105
email: JOFlores@statestreet.com

THE GARDEN CITY GROUP INC
ATTN BRIAN KARPUK
SUITE 1520
190 S. LASALLE
CHICAGO IL 60603
email: fgcteam@gardencitygroup.com

THE RESERVE
ATTN RYAN GREEN
1250 BROADWAY
NEW YORK NY 10001-3701
email: rgreen@ther.com

UNITED STATES TRUSTEE OFFICE
REGION 2
33 WHITEHALL ST, 21ST FL
NEW YORK NY 10007
email: USTP.Region02@usdoj.gov

WELLS FARGO ADVANTAGE FUNDS
ATTN MEREDITH ASHWELL
30 DAN RD
CANTON MI 02021
email: mashwell@evergreeninvestments.com

WILMINGTON TRUST COMPANY
ATTN: JAMES MCGINLEY
520 MADISON AVENUE
33RD FLOOR
NEW YORK NY 10022
email: jmcginley@wilmingtontrust.com

WILMINGTON TRUST FSB
ATTN ADAM BERMAN
166 MERCER ST STE 2-R
NEW YORK NY 10012
email: aberman@wilmingtontrust.com

# EXHIBIT K

DLA PIPER
ATTN: H. JEFFREY SCHWARTZ
BENNETT SILVERBERG
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020
email: jeffrey.schwartz@dlapiper.com, bennett.silverberg@dlapiper.com

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON
ATTN BONNIE STEINGART
ONE NEW YORK PLAZA
NEW YORK NY 10004
email: bonnie.steingart@friedfrank.com

MORGAN LEWIS & BOCKIUS LLP
RICHARD S. TODER / MICHAEL A. CHAPNICK
101 PARK AVENUE
NEW YORK NY 10178
email: rtoder@morganlewis.com, mchapnick@morganlewis.com

UNITED STATES TRUSTEE OFFICE
REGION 2
33 WHITEHALL ST, 21ST FL
NEW YORK NY 10007
email: USTP.Region02@usdoj.gov

WILMINGTON TRUST FSB
ATTN ADAM BERMAN
166 MERCER ST STE 2-R
NEW YORK NY 10012
email: aberman@wilmingtontrust.com