Paul M. Basta
Brian S. Lennon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Patrick J. Nash, Jr. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Proposed Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FGIC CORPORATION,[1] | Case No. 10-14215 (SMB) |
| Debtor. | |
| | Related Docket No. 10 |

**AFFIDAVIT OF PUBLICATION OF NOTICE OF BAR DATES FOR FILING PROOFS OF CLAIMS AND REQUESTS FOR PAYMENT UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE AGAINST THE DEBTOR**

---

[1] The last four digits of the Debtor's tax identification number are 6474. The location of the Debtor's corporate headquarters is 125 Park Avenue, New York, New York 10017.

# AFFIDAVIT

**STATE OF TEXAS** )
                                ) ss:
**CITY AND COUNTY OF DALLAS**)

I, Joseph Svec, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the Notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for national distribution for <u>one</u> insertion(s) on the following date(s): <u>August 30, 2010</u>; pertaining to: <u>FGIC Corporation</u>; and that the foregoing statements are true and correct to the best of my knowledge.

_____

Sworn to before me this
31st day of August, 2010.


_____
Notary Public



ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2012

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: FGIC CORPORATION, ) Chapter 11
_____ Debtor. ___ ) Case No. 10-14215 (SMB)

NOTICE OF BAR DATES FOR FILING PROOFS OF CLAIMS AND REQUESTS FOR PAYMENT UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE AGAINST THE DEBTOR

**PLEASE TAKE NOTICE THAT** on August 25, 2010 the Court entered the Order (A) Establishing the Deadlines for Filing Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving Procedures for Filing Proofs of Claim and Section 503(b)(9) Requests for Payment and (C) Approving the Form and Manner of Notice Thereof [Docket No. 46] (the "Bar Date Order") in the above-captioned chapter 11 case of FGIC Corporation (the "Debtor"). A copy of the Bar Date Order is available upon request of The Garden City Group, Inc. (the "Notice and Claims Agent") by calling 1-800-327-3667 and requesting a person familiar with the Debtor's chapter 11 case, emailing FGICInfo@gardencitygroup.com and/or writing to The Garden City Group, Inc., Attn.: FGIC Corp., 5151 Blazer Pkwy, Suite A, Dublin, OH 43017.

The Bar Date Order requires that all entities holding or wishing to assert a claim against the Debtor (the "Claimants") that arose or is deemed to have arisen prior to the August 3, 2010 (the "Petition Date") to submit a proof of claim so as to be **actually received** by the Notice and Claims Agent or the Court on or before the applicable bar date as set forth below. Holders of claims against the Debtor's wholly-owned subsidiary, Financial Guaranty Insurance Company, need **NOT file a proof of claim against the Debtor.**

None of the bar dates described herein apply to any governmental unit. Pursuant to section 502(b)(9) of the Bankruptcy Code, all governmental units shall have until **5:00 p.m. prevailing Eastern Time on January 30, 2011,** the date that is 180 days from the Petition Date, to file proofs of claim.

**General Bar Date (Applicable to 503(b)(9) Claims).** Except as otherwise set forth in this notice or the Bar Date Order, all Claimants must submit a proof of claim so that it is **actually received** by the Notice and Claims Agent or the Court by **September 30, 2010 at 5:00 p.m. prevailing Eastern Time** (the "General Bar Date"). Requests for payment under section 503(b)(9) of the Bankruptcy Code must also be submitted so that they are **actually received** by the Notice and Claims Agent or the Court on or before the General Bar Date.

**Supplemental Bar Date.** In the event the Debtor amends or supplements its schedules of assets and liabilities (the "Schedules"), the Debtor shall give notice of any such amendment to the holders of any claim affected thereby, and such holders shall be afforded at least 35 days from the date on which such notice is given to submit a proof of claim with respect to such affected claim or be forever barred from doing so.

**Rejection Bar Date.** If you have a claim arising out of the rejection of an executory contract or unexpired lease as to which the order authorizing such rejection is dated on or before the date of entry of the Bar Date Order, you must file a proof of claim with respect to such claim by the General Bar Date. Any person or entity that has a claim arising from the rejection of an executory contract or unexpired lease as to which the rejection order is dated after the date of entry of the Bar Date Order, must file a proof of claim with respect to such claim by the date fixed by the Court in the applicable order authorizing rejection of such contract or lease, or, if no such date is provided, 30 days from the date of entry of such order.

**Filing a Proof of Claim.** Each proof of claim shall be deemed timely filed only if it is **actually received** by the Notice and Claims Agent, or by the Court, on or before the applicable bar date, at one of the following addresses: If by first-class United States Postal Service mail to the Notice and Claims Agent: The Garden City Group, Inc., Attn.: FGIC Corp., P.O. Box 9606, Dublin, Ohio 43017; If by overnight courier or hand delivery to the Notice and Claims Agent: The Garden City Group, Inc., Attn.: FGIC Corp., 5151 Blazer Pkwy, Suite A, Dublin, Ohio 43017; If by hand delivery to the Court: United States Bankruptcy Court, SDNY, One Bowling Green, Room 534, New York, New York 10004.

**PROOFS OF CLAIM SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR TELECOPY WILL NOT BE ACCEPTED.**

**Contents of Proofs of Claim.** Each proof of claim must: (i) include an original signature, as copies of proofs of claim, or proofs of claim sent by facsimile, electronic mail or telecopy, will not be accepted; (ii) include supporting documentation (if voluminous, a summary must be attached) or an explanation as to why documentation is not available; (iii) be in the English language; and (iv) be denominated in United States currency.

**Section 503(b)(9) Claims.** Vendors and suppliers of goods may be entitled to request an administrative priority claim under section 503(b)(9) of the Bankruptcy Code to the extent they delivered, and the Debtor received, goods within the twenty day period prior to the Petition Date. The Court has deemed the filing of a proof of claim as satisfying the procedural requirements for asserting such a claim under section 503(b)(9) of the Bankruptcy Code. In addition to the other requirements of paragraph (a) above, any proof of claim asserting a 503(b)(9) claim must (i) include the value of the goods delivered to and received by the Debtor in the 20 days prior to the Petition Date, (ii) attach any documentation identifying the particular invoices for which the 503(b)(9) claim is being asserted; and (iii) attach documentation of any reclamation demand made against the Debtor under section 546(c) of the Bankruptcy Code (if applicable).

**Consequences of Failing to Timely Submit Your Proof of Claim.** Any Claimant who is required, but fails, to file a proof of claim in accordance with the Bar Date Order on or before the applicable Bar Date shall be forever barred, estopped and enjoined from asserting such claim against the Debtor (or filing a proof of claim with respect thereto). In such event, the Debtor's property shall be forever discharged from any and all indebtedness or liability with respect to such claim, and such holder shall not be permitted to vote, to accept or reject any plan of reorganization filed in this chapter 11 case or participate in any distribution on account of such claim or receive further notices regarding such claim.

**Reservation of Rights.** Nothing contained in this notice is intended to or should be construed as a waiver of the Debtor's right to: (a) dispute, or assert offsets or defenses against, any filed claim or any claim listed or reflected in the Schedules as to the nature, amount, liability or classification thereof; (b) subsequently designate any scheduled claim as disputed, contingent or unliquidated; or (c) otherwise amend the Schedules.

**Additional Information.** If you have any questions regarding the claims process and/or if you wish to obtain a copy of the Bar Date Order (which contains a more detailed description of the requirements for filing proofs of claim), a proof of claim form or related documents you may do so by contacting the Notice and Claims Agent by calling 1-800-327-3667 and requesting a person familiar with the Debtor's chapter 11 case, emailing FGICInfo@gardencitygroup.com and/or writing to The Garden City Group, Inc., Attn.: FGIC Corp., 5151 Blazer Pkwy, Suite A, Dublin, OH 43017. Please note that the Notice and Claims Agent cannot advise you how to file, or whether you should file, a proof of claim.