**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| FGIC CORPORATION,[1] | ) Case No. 10-14215 (SMB) |
| Debtor. | ) |

### ORDER EXTENDING DEBTOR'S EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF

Upon the motion (the "Motion"), dated November 1, 2010, of the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), seeking entry of an order extending the exclusive period during which the Debtor may file a chapter 11 plan (the "Exclusive Filing Period") through and including February 1, 2011, and the exclusive period during which the Debtor may solicit acceptances of its chapter 11 plan (the "Exclusive Solicitation Period," and together with the Exclusive Filing Period, the "Exclusive Periods") through and including April 1, 2011, all as more fully set forth in the Motion; and the Court having found it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtor having provided adequate and appropriate notice of the Motion under the circumstances; and the Court having found the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors and other parties in interest; and the Court having

---

[1] The last four digits of the Debtor's tax identification number are 6474. The location of the Debtor's corporate headquarters is 125 Park Avenue, New York, New York 10017.

reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court, after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED:

1. The Motion is granted to the extent provided herein.

2. The Debtor's Exclusive Filing Period is extended through and including February 1, 2011.

3. The Debtor's Exclusive Solicitation Period is extended through and including April 1, 2011.

4. This Order is without prejudice to the Debtor's ability to seek further extensions of the Exclusive Periods pursuant to section 1121(d) of the Bankruptcy Code.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

New York, New York  /s/ Stuart M. Bernstein
Date: November 24, 2010  Honorable Stuart M. Bernstein
United States Bankruptcy Judge

K&E 17922138