Paul M. Basta
Brian S. Lennon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Patrick J. Nash, Jr. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FGIC CORPORATION,[1] | ) | |
| | ) | Case No. 10-14215 (SMB) |
| Debtor. | ) | |

**PROPOSED AGENDA FOR HEARING SCHEDULED FOR**
**10:00 A.M. PREVAILING EASTERN TIME ON JANUARY 25, 2011**

| | |
|---|---|
| Time and Date of Hearing: | January 25, 2011 at 10:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | Honorable Stuart M. Bernstein, Bankruptcy Judge<br>Courtroom No. 723<br>United States Bankruptcy Court for the Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green<br>New York, New York 10004-1408 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at www.ecf.nysb.uscourts.gov. |

1 The last four digits of the Debtor's tax identification number are 6474. The location of the Debtor's corporate headquarters is 125 Park Avenue, New York, New York 10017.

## Matter to be Heard on January 25, 2011

**I. SECOND MOTION TO EXTEND EXCLUSIVITY**

A. *Debtor's Second Motion for Entry of an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending Its Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof* [Docket No. 127]

Related Pleadings: None

Status: Uncontested

## Matters Adjourned to March 3, 2011

**I. MOTION TO APPROVE DEBTOR'S DISCLOSURE STATEMENT**

A. Disclosure Statement Approval Motion. *Debtor's Motion for Entry of an Order (A) Approving the Adequacy of the Disclosure Statement, (B) Fixing Dates and Deadlines Relating to Confirmation of the Plan, (C) Approving Certain Procedures for Soliciting and Tabulating the Votes on, and for Objecting to, the Plan and (D) Approving the Manner and Form of the Various Notices and Documents Relating Thereto* [Docket No. 13]

Related Pleadings: *Disclosure Statement for the Chapter 11 Plan of Reorganization of FGIC Corporation* [Docket No. 12]

Status: The hearing to consider the approval of the Debtor's disclosure statement has been adjourned to March 3, 2011 at 10:00 a.m. prevailing Eastern Time.

**II. KIRKLAND & ELLIS LLP'S FIRST INTERIM FEE APPLICATION**

A. *First Interim Application of Kirkland & Ellis LLP, as Counsel to the Debtor and Debtor in Possession, for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During the Fee Period from August 3, 2010, Through November 30, 2010* [Docket No. 122]

Related Pleadings: None

Response: *Objection of United States Trustee to Applications of Retained Professionals for First Interim Compensation and Reimbursement of Expenses* [Docket No. 130]

Status: This matter is adjourned to the hearing on March 3, 2011 at 10:00 a.m. prevailing Eastern Time.

## III. CURTIS, MALLET-PREVOST, COLT & MOSLE LLP'S FIRST INTERIM FEE APPLICATION

A. *First Interim Application of Curtis, Mallet-Prevost, Colt & Mosle LLP, as Conflicts Counsel, for the Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for the Period August 23, 2010 Through November 30, 2010* [Docket No. 123]

Related Pleadings: None

Response: *Objection of United States Trustee to Applications of Retained Professionals for First Interim Compensation and Reimbursement of Expenses* [Docket No. 130]

Status: This matter is adjourned to the hearing on March 3, 2011 at 10:00 a.m. prevailing Eastern Time.

New York, New York
Dated: January 24, 2011

*/s/ Brian S. Lennon*

Paul M. Basta, Esq.
Brian S. Lennon, Esq.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Telephone: (212) 446-4800

-and-

Patrick J. Nash, Jr. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel to the Debtor*
*and Debtor in Possession*