Paul M. Basta
Brian S. Lennon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

- and -

Patrick J. Nash, Jr. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FGIC CORPORATION,[1] | Case No. 10-14215 (SMB) |
| Debtor. | Related Docket Nos. 122, 123 and 139 |

**NOTICE OF ADJOURNMENT OF HEARING ON CERTAIN MATTERS**

   **PLEASE TAKE NOTICE** that the hearing scheduled on **April 7, 2011 at 10:00 a.m. (prevailing Eastern Time)** on the:

- *First Interim Application of Kirkland & Ellis LLP, as Counsel to the Debtor and Debtor in Possession, for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During the Fee Period from August 3, 2010, Through November 30, 2010* [Docket No. 122];

---

[1] The last four digits of the Debtor's tax identification number are 6474. The location of the Debtor's corporate headquarters is 125 Park Avenue, New York, New York 10017.

- *First Interim Application of Curtis, Mallet-Prevost, Colt & Mosle LLP, as Conflicts Counsel, for the Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for the Period August 23, 2010 Through November 30, 2010* [Docket No. 123]; and

- *First Interim Application of Morrison & Foerster LLP, Counsel for the Official Committee of Unsecured Creditors of FGIC Corporation for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from September 7, 2010 through December 31, 2010* [Docket No. 139]

has been adjourned (collectively, the "Adjourned Matters").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Adjourned Matters will be held before the Honorable Stuart M. Bernstein of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, Room 723, New York, New York 10004-1408, on **April 14, 2011 at 10:00 a.m. (prevailing Eastern Time)**.

| | |
|---|---|
| New York, New York<br>Dated: April 4, 2011 | */s/ Brian S. Lennon*<br>Paul M. Basta, Esq.<br>Brian S. Lennon, Esq.<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>-and-<br><br>Patrick J. Nash, Jr. (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Counsel to the Debtor and Debtor in Possession* |

K&E 18698303