Paul M. Basta
Brian S. Lennon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Patrick J. Nash, Jr. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FGIC CORPORATION,[1] | Case No. 10-14215 (SMB) |
| Debtor. | Related Docket No. 13 |

**NOTICE OF ADJOURNMENT OF**
**HEARING ON DISCLOSURE STATEMENT AND STATUS CONFERENCE**
**TO SEPTEMBER 22, 2011 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the Status Conference set for **September 15, 2011 at 10:00 a.m. (prevailing Eastern Time)** has been adjourned.

**PLEASE TAKE FURTHER NOTICE** that the hearing scheduled for **September 15, 2011 at 10:00 a.m. (prevailing Eastern Time)** on the *Debtor's Motion for Entry of an Order*

---

[1] The last four digits of the Debtor's tax identification number are 6474. The location of the Debtor's corporate headquarters is 125 Park Avenue, New York, New York 10017.

K&E 19750790

*(A) Approving the Adequacy of the Disclosure Statement, (B) Fixing Dates and Deadlines Relating to Confirmation of the Plan, (C) Approving Certain Procedures for Soliciting and Tabulating the Votes on, and for Objecting to, the Plan and (D) Approving the Manner and Form of the Various Notices and Documents Relating Thereto* [Docket No. 13] (the "Disclosure Statement Motion") has been adjourned.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Disclosure Statement Motion and the Status Conference will be held before the Honorable Stuart M. Bernstein of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, Room 723, New York, New York 10004-1408, on **September 22, 2011 at 10:00 a.m. (prevailing Eastern Time)**.

| | |
|---|---|
| New York, New York<br>Dated:  September 8, 2011 | */s/ Brian S. Lennon*<br>Paul M. Basta, Esq.<br>Brian S. Lennon, Esq.<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br><br>-and-<br><br>Patrick J. Nash, Jr. (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br><br>*Counsel to the Debtor and Debtor in Possession* |