Paul M. Basta
Brian S. Lennon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

   - and -

Patrick J. Nash, Jr. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| FGIC CORPORATION,[1] | ) ) Case No. 10-14215 (SMB) |
| Debtor. | ) ) ) |

### NOTICE OF FILING OF CHAPTER 11 PLAN OF REORGANIZATION OF FGIC CORPORATION

      **PLEASE TAKE NOTICE** that on February 3, 2011, FGIC Corporation filed the *Chapter 11 Plan of Reorganization of FGIC Corporation* (the "Plan of Reorganization");

      **PLEASE TAKE FURTHER NOTICE** that the Plan of Reorganization filed on February 3, 2011 supersedes the *Chapter 11 Plan of Reorganization of FGIC Corporation* filed on August 3, 2010 [Docket No. 11].

---

[1]  The last four digits of the Debtor's tax identification number are 6474.  The location of the Debtor's corporate headquarters is 125 Park Avenue, New York, New York 10017.

K&E 21343009.1

| | |
|---|---|
| New York, New York<br>Dated: February 3, 2012 | */s/ Brian S. Lennon*<br>Paul M. Basta, Esq.<br>Brian S. Lennon, Esq.<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>            -and-<br><br>Patrick J. Nash, Jr. (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200 |

K&E 21343009.1