**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| FGIC CORPORATION,[1] | ) Case No. 10-14215 (SMB) |
| Debtor. | ) |

## 2002 NOTICE LIST – MARCH 7, 2013

Pursuant to the Revised Order Establishing Certain Notice, Case Management and Administrative Procedures, dated August 26, 2010, below is the current 2002 List, comprised of all entities that have filed a request for service of filings pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

Dated: March 7, 2013

/s/ Adam J. Gorman
Adam J. Gorman
The Garden City Group, Inc.
190 S. LaSalle, Suite 1520
Chicago, IL 60603
312-499-6905
adam.gorman@gcginc.com

---

[1] The last four digits of the Debtor's tax identification number are 6474. The location of the Debtor's corporate headquarters is 125 Park Avenue, New York, New York 10017.

# EXHIBIT A

10-14215-smb Doc 362 Filed 03/07/13 Entered 03/07/13 18:36:19 Main Document
Pg 2 of 3

BROWN RUDNICK LLP
ATTN H. JEFFREY SCHWARTZ, ESQ
7 TIMES SQUARE, 47TH FL
NEW YORK NY 10036

BROWN RUDNICK LLP
ATTN NEAL D'AMATO, ESQ
7 TIMES SQUARE, 47TH FL
NEW YORK NY 10036

COVINGTON & BURLING LLP
ATTN: MICHAEL B. HOPKINS
ATTY FOR WILMINGTON TRUST FSB
620 EIGHT AVENUE
NEW YORK NY 10018

COVINGTON & BURLING LLP
ATTN: AMANDA RABOY
ATTY FOR WILMINGTON TRUST FSB
620 EIGHT AVENUE
NEW YORK NY 10018

MORGAN, LEWIS & BOCKIUS LLP
ATTN: RICHARD S. TODER
ATTY FOR JP MORGAN CHASE BANK, N.A.
101 PARK AVENUE
NEW YORK NY 10178

MORGAN, LEWIS & BOCKIUS LLP
ATTN: WENDY S. WALKER, ESQ.
ATTY FOR JP MORGAN CHASE BANK, N.A.
101 PARK AVENUE
NEW YORK NY 10178

MORGAN, LEWIS & BOCKIUS LLP
ATTN: ROBERT M. SCANNELL, ESQ.
ATTY FOR JP MORGAN CHASE, N.A.
101 PARK AVENUE
NEW YORK NY 10178

MORRISON & FOERSTER LLP
ATTN: ANTHONY PRINCI
UNSECURED CREDITORS COMMITTEE
1290 AVENUE OF THE AMERICAS
NEW YORK NY 10104

MORRISON & FOERSTER LLP
ATTN: DAVID CAPUCILLI, ESQ.
ATTY FOR OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
1290 AVENUE OF THE AMERICAS
NEW YORK NY 10104

MORRISON & FOERSTER LLP
ATTN: JOHN A. PINTARELLI, ESQ.
ATTY FOR OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
1290 AVENUE OF THE AMERICAS
NEW YORK NY 10104

NY STATE DEPT. OF TAXATION & FINANCE
C/O JUDITH LYNNE COHEN, ESQ.
DISTRICT TAX ATTORNEY
1740 BROADWAY 16TH FLOOR
NEW YORK NY 10019