UNITED STATES BANKRUPTCY COURT
Southern DISTRICT OF New York

| In re | FGIC Corporation | Case No. | 10-14215 (SMB) |
|---|---|---|---|
| | Debtor | Reporting Period: | 2/1/13-2/28/13 |

Federal Tax I.D. #    XX-XXX6474

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | | X | |
|    Copies of bank statements | | X | |
|    Cash disbursements journals | | X | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-petition Taxes | MOR-4 | X | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | | | |
|    Listing of Aged Accounts Payable | MOR-4 | X | |
| Accounts Receivable Reconciliation and Aging | | | |
| Taxes Reconciliation and Aging | | | |
| Payments to Insiders and Professional | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_/s/ M. Haines_                                                Date  3/15/13

Michael Haines

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re **FGIC Corporation**  
    **Debtor**

Case No.    **10-14215 (SMB)**  
Reporting Period:    **2/1/13-2/28/13**

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS ** | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER JP Morgan 1847 | State Street 3679 | Wells Fargo Advantage 5787 | Reserve 4322; JPM 6674,9861;Wells Fargo Advantage 5783 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH | 8,406,096 | - | - | | 8,406,096 |
| **RECEIPTS** | | | | | |
| CASH SALES | | - | | | - |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | | - |
| LOANS AND ADVANCES | | | | | - |
| SALE OF ASSETS | | | | | - |
| OTHER - *Interest $587* | 587 | | - | | 587 |
| TRANSFERS *(FROM DIP ACCTS)* | | | | | - |
| TOTAL RECEIPTS | 587 | - | - | - | 587 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | | | | | - |
| PAYROLL TAXES | | | | | - |
| SALES, USE, & OTHER TAXES | | | | | - |
| INVENTORY PURCHASES | | | | | - |
| SECURED/ RENTAL/ LEASES | | | | | - |
| INSURANCE | | | | | - |
| ADMINISTRATIVE | 1,515 | | | | 1,515 |
| SELLING | | | | | - |
| OTHER *($44,038 of expenses for Dec 2012 and Jan 2013 under cost sharing agreement with Financial Guaranty Insurance Company)* | 44,038 | | | | 44,038 |
| OWNER DRAW * | | | | | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | | | - |
| PROFESSIONAL FEES (Legal ) | 11,167 | | | | 11,167 |
| U.S. TRUSTEE QUARTERLY FEES | | | | | - |
| COURT COSTS | | | | | - |
| TOTAL DISBURSEMENTS | 56,719 | - | - | - | 56,719 |
| NET CASH FLOW | (56,132) | - | - | - | (56,132) |
| CASH – END OF MONTH | 8,349,964 | - | - | - | 8,349,964 |

\* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE  
\*\* Excludes Overnight Sweep activity

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | 56,719 |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 56,719 |

In re FGIC Corporation  
    Debtor

Case No. 10-14215 (SMB)  
Reporting Period: 2/1/13-2/28/13

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH [1] | CUMULATIVE -FILING TO DATE [2] |
|---|---|---|
| Gross Revenues | - | - |
| Less: Returns and Allowances | | - |
| Net Revenue | - | - |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs *(attach schedule)* | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Officer/Insider Compensation* | | |
| Insurance ** | - | 438,495 |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | - | 43,900 |
| Travel and Entertainment | | |
| Utilities | | |
| Other *(attach schedule)* | 11,700 | 588,489 |
| Total Operating Expenses Before Depreciation | 11,700 | 1,070,883 |
| Depreciation/Depletion/Amortization | - | - |
| Net Profit (Loss) Before Other Income & Expenses | (11,700) | (1,070,883) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | 587 | 31,910 |
| Interest Expense | - | 129,154 |
| Other Expense *(attach schedule)* | 162 | 32,574 |
| Net Profit (Loss) Before Reorganization Items | (11,275) | (1,200,701) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 23,858 | 2,734,291 |
| U. S. Trustee Quarterly Fees | (3,575) | 36,075 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses *(attach schedule)* | 6,453 | 242,228 |
| Total Reorganization Expenses | | |
| Income Taxes | | |

FORM MOR-2  
2/2008  
PAGE 3 OF 9

| In re FGIC Corporation | Case No. 10-14215 (SMB) |
|---|---|
| **Debtor** | Reporting Period: 2/1/13-2/28/13 |

| Net Profit (Loss) | (38,011) | (4,213,295) |
|---|---|---|

*"Insider" is defined in 11 U.S.C. Section 101(31).
**Amortization of prepaid insurance premium (includes extended reporting period)

OTHER COSTS

| | | |
|---|---|---|
| Cost sharing expenses payable to FGIC - post petition | 11,700 | 588,489 |
| | | |
| | | |

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| Investment Income - Short Term | 587 | 31,910 |
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| Legal expense - pre-petition | - | 2,437 |
| Inv. Inc - Exp on Security Trans | - | 145 |
| The Blackstone Group (Pre-petition) | - | 12,500 |
| Blumberg Excelsior | - | 192 |
| Wilmington Trust Company | - | 15,510 |
| CSC | - | 347 |
| Bank Fees | 162 | 5,661 |
| Return of Legal Retainer - pre-petition | - | (37,850) |
| Investment in Subsidiary - Australia | - | 33,632 |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| Legal notices | - | 51,714 |
| Garden City Group | 6,453 | 190,381 |
| Broadridge | - | 133 |
| | | |
| | | |

(1) Post Petition Monitoring Fees are not being accrued due to agreements to waive the claims
subject to confirmation of the Plan of Reorganization on file or another plan reasonable
acceptable to the holders of these agreements.

(2) The data reported above reflects data from 8/1/10 - 2/28/13, including the
pre-petition reporting period of 8/1/10 - 8/3/10.

| In re FGIC Corporation | Case No. | 10-14215 (SMB) |
|---|---|---|
| Debtor | Reporting Period: | 2/1/13-2/28/13 |

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Unrestricted Cash and Equivalents | 8,349,964 | 8,406,096 | |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | | | |
| Notes Receivable | | | |
| Inventories | | | |
| Prepaid Expenses | - | - | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | | | |
| TOTAL CURRENT ASSETS | 8,349,964 | 8,406,096 | |
| **PROPERTY & EQUIPMENT** | | | |
| Real Property and Improvements | - | - | |
| Machinery and Equipment | - | - | |
| Furniture, Fixtures and Office Equipment | - | - | |
| Leasehold Improvements | - | - | |
| Vehicles | - | - | |
| Less: Accumulated Depreciation | - | - | |
| TOTAL PROPERTY & EQUIPMENT | - | - | |
| **OTHER ASSETS** | | | |
| Amounts due from Insiders* | - | - | |
| Other Assets *(attach schedule)* | - | - | |
| TOTAL OTHER ASSETS | - | - | |
| TOTAL ASSETS | 8,349,964 | 8,406,096 | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | |
| Accounts Payable | 7,350 | 6,050 | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Wages Payable | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | 420,215 | 407,298 | |
| Amounts Due to Insiders* | 11,144 | 43,482 | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| TOTAL POST-PETITION LIABILITIES | 438,709 | 456,830 | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt | - | - | |
| Priority Debt | - | - | |
| Unsecured Debt | 307,895,000 | 307,895,000 | |
| Monitoring Fees [1] | 12,916,667 | 12,916,667 | |
| Interest Payable on Debt (through August 3, 2010) | 16,531,673 | 16,531,673 | |
| Taxes Payable | - | - | |
| Amounts Due to Insiders* | 24,125 | 24,125 | |
| TOTAL PRE-PETITION LIABILITIES | 337,367,465 | 337,367,465 | |
| TOTAL LIABILITIES | 337,806,174 | 337,824,295 | |
| **OWNERS' EQUITY** | | | |
| Capital Stock | | | |
| Preferred Stock | 306,575,801 | 306,575,801 | |
| Preferred Stock - Accrued Dividends | 92,766,464 | 92,766,464 | |
| Common Stock | 24,028 | 24,028 | |
| Treasury Stock | (165,070) | (165,070) | |

FORM MOR-3
2/2008
PAGE 5 OF 9

| In re **FGIC Corporation** | Case No. | **10-14215 (SMB)** |
|---|---|---|
| Debtor | Reporting Period: | **2/1/13-2/28/13** |

| | | | |
|---|---|---|---|
| Additional Paid-In Capital | 1,454,486,401 | 1,454,486,401 | |
| Partners' Capital Account | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | (2,173,744,937) | (2,173,744,937) | |
| Retained Earnings - Post-petition | (9,398,897) | (9,360,886) | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions *(attach schedule)* | | | |
| *NET OWNERS' EQUITY* | (329,456,210) | (329,418,199) | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 8,349,964 | 8,406,096 | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

(1)Post Petition Monitoring Fees are not being accrued due to agreements to waive the claims
subject to confirmation of the Plan of Reorganization on file or another plan reasonable acceptable to the holders of these agreements.

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| Investment in Subsidiary - Australia[2] | | - | - |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| Monitoring Fees[1] | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

- **Restricted Cash:** Cash that is Restricted for a specific use and not available to fund operations.
- Typically, restricted cash is segregated into a separate account, such as an escrow account.

(1)Post Petition Monitoring Fees are not being accrued due to agreements to waive the claims
subject to confirmation of the Plan of Reorganization on file or another plan reasonable acceptable to the holders of these agreements.

(2) In April 2011, the Company made a payment of $5,190 to FGIC Australia, a wholly owned subsidiary, in order to fund
the subsidiary's liquidation in the event that the sudisidiary's existing resources are insufficient. The Company wrote off
its remaining investment in December 2011. On 22 September 2012, FGIC Australia was deregistered.

In re **FGIC Corporation**                               Case No.   **10-14215 (SMB)**
    **Debtor**                                         Reporting Period:   **2/1/13-2/28/13**

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | - | - | - | | | - |
| Other: | | | | | | |
| Total Federal Taxes | - | - | - | | | - |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: NYS Corp Tax | | - | - | | | - |
| Other: NYC Tax | | - | | | | |
| Other: Delaware Franchise | - | - | | | | - |
| Total State and Local | - | - | - | | | - |
| **Total Taxes** | - | - | - | | | - |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

Number of Days Past Due

| | Current | 0-30 | 31-60 | 61-90 | Over 91[1] | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 1,300 | | | | 6,050 | 7,350 |
| Wages Payable | | | | | | |
| Taxes Payable | - | | | | | - |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Post-petition Debts** | 1,300 | - | | | 6,050 | 7,350 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**
[1] Wilmington Trust trustee fee for FGIC Corp. 30 year senior unsecured notes.

In re  **FGIC Corporation**  
    Debtor

Case No.  **10-14215 (SMB)**  
Reporting Period:  **2/1/13-2/28/13**

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| FGIC | Cost Sharing expenses | 44,038 | 580,135 |
| FGIC | Corp. Tax expenses [1] | - | 17,955 |
| | | | |
| | TOTAL PAYMENTS TO INSIDERS | 44,038 | 598,090 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| Kirkland & Ellis | | | 11,167 | 1,414,430 | 194,593 |
| Morrison Foerster | | | - | 715,450 | 202,190 |
| Curtis, Mallet-Prevost, Colt & Mosle, LLP | | | - | 81,376 | 18,332 |
| WeiserMazars, LLP | | | - | 5,103 | - |
| Garden City | | | 1,352 | 128,838 | 5,100 |
| | | | | | |
| | TOTAL PAYMENTS TO PROFESSIONALS | | 12,519 | 2,345,197 | 420,215 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS | | |

(1) Tax payments were paid for by FGIC on behalf of FGIC Corp and included in a tax motion approved by the bankruptcy court.

In re **FGIC Corporation**  
         Debtor

Case No. **10-14215 (SMB)**  
Reporting Period: **2/1/13-2/28/13**

# DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3. Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4. Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5. Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7. Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8. Are any post petition payroll taxes past due? | | X |
| 9. Are any post petition State or Federal income taxes past due? | | X |
| 10. Are any post petition real estate taxes past due? | | X |
| 11. Are any other post petition taxes past due? | | X |
| 12. Have any pre-petition taxes been paid during this reporting period? | | X |
| 13. Are any amounts owed to post petition creditors delinquent? | | X |
| 14. Are any wage payments past due? | | X |
| 15. Have any post petition loans been been received by the Debtor from any party? | | X |
| 16. Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17. Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18. Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

**FGIC Corp**
Account Title: OVERNIGHT SWEEP & Cash In Transit
Company: FGIC Corp (212)
Account Number: 0101000001034 & 0101000001062
Date as of: 2/28/13

**Balance per bank statement:** $ 8,349,965.00

| Date | Description | Action to be taken/Status | Date Cleared | Amount |
|---|---|---|---|---|

*Subrecord Reconciling Items:*

Total subrecord reconciling items

**Ending balance - bank statement** $ 8,349,965.00

**Balance per general ledger:** 8,349,964.72

*Reconciling Items:*

Total reconciling items $ -

**Ending Balance - bank statement** $ 8,349,964.72

**Variance** $ 0.28

Preparer: Marianela Roman / Jeffrey Ratner     Date prepared: 3/11/2013

Reviewer: Guillermo Sucre     Date reviewed: 3/12/13

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 - 9754

February 01, 2013 through February 28, 2013
**Account Number:**

### Customer Service Information

If you have any questions about your statement, please contact your Customer Service Professional.



00114193 WBS 802 211  06013 NNNNNNNNNNN  1 000000000 C2 0000
FGIC CORPORATION
CORP ACCT
MARIANELA ROJAS
125 PARK AVE
NEW YORK NY 10017-5664

## Commercial Checking
## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $0.65 |  |
| Opening Collected Balance |  | $0.65 |  |
| Deposits and Credits | 38 | $159,339,223.95 |  |
| Withdrawals and Debits | 24 | $159,334,349.36 |  |
| Checks Paid | 1 | $4,875.00 |  |
| **Ending Ledger Balance** |  | **$0.24** |  |
| **Ending Collected Balance** |  | **$0.24** |  |
| Sweep Investment Account(s): JPMC Commercial Paper |  | $8,349,965.00 |  |
| **Combined Ledger Balance** |  | **$8,349,965.24** |  |

## Deposits and Credits

| Ledger Date | Value Date | Description | Amount |
|---|---|---|---|
| 02/01 |  | Return of Principal - End-of-Day Sweep JPMorgan Chase & CO Commercial Paper. Cpswp013113 . Trn: 0312003033Xn YOUR REF: 31Y9996909031 | $8,410,972.00 |
| 02/01 |  | Interest On End-of-Day Investment - JPMorgan Chase & CO. Comml Paper. Principal= $8,410,972.00 Rate=00.09% For Investment Dated 01/31/13. Ref=Cpswp013113 Trn: 0321001193Xp YOUR REF: 31Y9971193032 | 21.03 |

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

**JPMorganChase**

February 01, 2013 through February 28, 2013

**Account Number:**

## Deposits and Credits  (continued)

| Ledger Date | Value Date | Description | Amount |
|---|---|---|---|
| 02/04 | | Return of Principal - End-of-Day Sweep JPMorgan Chase & CO Commercial Paper. Cpswp020113 . Trn: 0322002977Xn<br>YOUR REF: 31Y9996886032 | 8,410,993.00 |
| 02/04 | | Interest On End-of-Day Investment - JPMorgan Chase & CO. Comml Paper. Principal= $8,410,993.00 Rate=00.09% For Investment Dated 02/01/13.<br>Ref=Cpswp020113 Trn: 0351001144Xp<br>YOUR REF: 31Y9971144035 | 63.09 |
| 02/05 | | Return of Principal - End-of-Day Sweep JPMorgan Chase & CO Commercial Paper. Cpswp020413 . Trn: 0352002953Xn<br>YOUR REF: 31Y9996871035 | 8,411,056.00 |
| 02/05 | | Interest On End-of-Day Investment - JPMorgan Chase & CO. Comml Paper. Principal= $8,411,056.00 Rate=00.09% For Investment Dated 02/04/13.<br>Ref=Cpswp020413 Trn: 0361001129Xp<br>YOUR REF: 31Y9971129036 | 21.03 |
| 02/06 | | Return of Principal - End-of-Day Sweep JPMorgan Chase & CO Commercial Paper. Cpswp020513 . Trn: 0362002937Xn<br>YOUR REF: 31Y9996877036 | 8,411,077.00 |
| 02/06 | | Interest On End-of-Day Investment - JPMorgan Chase & CO. Comml Paper. Principal= $8,411,077.00 Rate=00.09% For Investment Dated 02/05/13.<br>Ref=Cpswp020513 Trn: 0371001110Xp<br>YOUR REF: 31Y9971110037 | 21.03 |
| 02/07 | | Return of Principal - End-of-Day Sweep JPMorgan Chase & CO Commercial Paper. Cpswp020613 . Trn: 0372002918Xn<br>YOUR REF: 31Y9996846037 | 8,406,223.00 |
| 02/07 | | Interest On End-of-Day Investment - JPMorgan Chase & CO. Comml Paper. Principal= $8,406,223.00 Rate=00.09% For Investment Dated 02/06/13.<br>Ref=Cpswp020613 Trn: 0381001101Xp<br>YOUR REF: 31Y9971101038 | 21.02 |
| 02/08 | | Return of Principal - End-of-Day Sweep JPMorgan Chase & CO Commercial Paper. Cpswp020713 . Trn: 0382002916Xn<br>YOUR REF: 31Y9996844038 | 8,406,244.00 |
| 02/08 | | Interest On End-of-Day Investment - JPMorgan Chase & CO. Comml Paper. Principal= $8,406,244.00 Rate=00.09% For Investment Dated 02/07/13.<br>Ref=Cpswp020713 Trn: 0391001106Xp<br>YOUR REF: 31Y9971106039 | 21.02 |
| 02/11 | | Return of Principal - End-of-Day Sweep JPMorgan Chase & CO Commercial Paper. Cpswp020813 . Trn: 0392002902Xn<br>YOUR REF: 31Y9996847039 | 8,392,434.00 |
| 02/11 | | Interest On End-of-Day Investment - JPMorgan Chase & CO. Comml Paper. Principal= $8,392,434.00 Rate=00.09% For Investment Dated 02/08/13.<br>Ref=Cpswp020813 Trn: 0421001098Xp<br>YOUR REF: 31Y9971098042 | 62.94 |
| 02/12 | | Return of Principal - End-of-Day Sweep JPMorgan Chase & CO Commercial Paper. Cpswp021113 . Trn: 0422002915Xn<br>YOUR REF: 31Y9996846042 | 8,392,497.00 |
| 02/12 | | Interest On End-of-Day Investment - JPMorgan Chase & CO. Comml Paper. Principal= $8,392,497.00 Rate=00.09% For Investment Dated 02/11/13.<br>Ref=Cpswp021113 Trn: 0431001093Xp<br>YOUR REF: 31Y9971093043 | 20.98 |
| 02/13 | | Return of Principal - End-of-Day Sweep JPMorgan Chase & CO Commercial Paper. Cpswp021213 . Trn: 0432002877Xn<br>YOUR REF: 31Y9996834043 | 8,392,518.00 |
| 02/13 | | Interest On End-of-Day Investment - JPMorgan Chase & CO. Comml Paper. Principal= $8,392,518.00 Rate=00.09% For Investment Dated 02/12/13.<br>Ref=Cpswp021213 Trn: 0441001085Xp<br>YOUR REF: 31Y9971085044 | 20.98 |

**JPMorganChase**

February 01, 2013 through February 28, 2013

Account Number:

## Deposits and Credits  (continued)

| Ledger Date | Value Date | Description | Amount |
|---|---|---|---|
| 02/14 | | Return of Principal - End-of-Day Sweep JPMorgan Chase & CO Commercial Paper. Cpswp021313 . Trn: 0442002897Xn YOUR REF: 31Y9996835044 | 8,392,539.00 |
| 02/14 | | Interest On End-of-Day Investment - JPMorgan Chase & CO. Comml Paper. Principal= $8,392,539.00 Rate=00.09% For Investment Dated 02/13/13. Ref=Cpswp021313 Trn: 0451001084Xp YOUR REF: 31Y9971084045 | 20.98 |
| 02/15 | | Return of Principal - End-of-Day Sweep JPMorgan Chase & CO Commercial Paper. Cpswp021413 . Trn: 0452002909Xn YOUR REF: 31Y9996840045 | 8,392,560.00 |
| 02/15 | | Interest On End-of-Day Investment - JPMorgan Chase & CO. Comml Paper. Principal= $8,392,560.00 Rate=00.09% For Investment Dated 02/14/13. Ref=Cpswp021413 Trn: 0461001092Xp YOUR REF: 31Y9971092046 | 20.98 |
| 02/19 | | Return of Principal - End-of-Day Sweep JPMorgan Chase & CO Commercial Paper. Cpswp021513 . Trn: 0462002912Xn YOUR REF: 31Y9996840046 | 8,379,900.00 |
| 02/19 | | Interest On End-of-Day Investment - JPMorgan Chase & CO. Comml Paper. Principal= $8,379,900.00 Rate=00.09% For Investment Dated 02/15/13. Ref=Cpswp021513 Trn: 0501001090Xp YOUR REF: 31Y9971090050 | 83.80 |
| 02/20 | | Return of Principal - End-of-Day Sweep JPMorgan Chase & CO Commercial Paper. Cpswp021913 . Trn: 0502002890Xn YOUR REF: 31Y9996830050 | 8,379,984.00 |
| 02/20 | | Interest On End-of-Day Investment - JPMorgan Chase & CO. Comml Paper. Principal= $8,379,984.00 Rate=00.09% For Investment Dated 02/19/13. Ref=Cpswp021913 Trn: 0511001080Xp YOUR REF: 31Y9971080051 | 20.95 |
| 02/21 | | Return of Principal - End-of-Day Sweep JPMorgan Chase & CO Commercial Paper. Cpswp022013 . Trn: 0512002911Xn YOUR REF: 31Y9996839051 | 8,380,005.00 |
| 02/21 | | Interest On End-of-Day Investment - JPMorgan Chase & CO. Comml Paper. Principal= $8,380,005.00 Rate=00.09% For Investment Dated 02/20/13. Ref=Cpswp022013 Trn: 0521001084Xp YOUR REF: 31Y9971084052 | 20.95 |
| 02/22 | | Return of Principal - End-of-Day Sweep JPMorgan Chase & CO Commercial Paper. Cpswp022113 . Trn: 0522002893Xn YOUR REF: 31Y9996832052 | 8,380,026.00 |
| 02/22 | | Interest On End-of-Day Investment - JPMorgan Chase & CO. Comml Paper. Principal= $8,380,026.00 Rate=00.09% For Investment Dated 02/21/13. Ref=Cpswp022113 Trn: 0531001088Xp YOUR REF: 31Y9971088053 | 20.95 |
| 02/25 | | Return of Principal - End-of-Day Sweep JPMorgan Chase & CO Commercial Paper. Cpswp022213 . Trn: 0532002915Xn YOUR REF: 31Y9996841053 | 8,349,840.00 |
| 02/25 | | Interest On End-of-Day Investment - JPMorgan Chase & CO. Comml Paper. Principal= $8,349,840.00 Rate=00.09% For Investment Dated 02/22/13. Ref=Cpswp022213 Trn: 0561001092Xp YOUR REF: 31Y9971092056 | 62.61 |
| 02/26 | | Return of Principal - End-of-Day Sweep JPMorgan Chase & CO Commercial Paper. Cpswp022513 . Trn: 0562002907Xn YOUR REF: 31Y9996846056 | 8,349,902.00 |
| 02/26 | | Interest On End-of-Day Investment - JPMorgan Chase & CO. Comml Paper. Principal= $8,349,902.00 Rate=00.09% For Investment Dated 02/25/13. Ref=Cpswp022513 Trn: 0571001094Xp YOUR REF: 31Y9971094057 | 20.87 |



**JPMorganChase**

February 01, 2013 through February 28, 2013

**Account Number:**

## Deposits and Credits *(continued)*

| Ledger Date | Value Date | Description | Amount |
|---|---|---|---|
| 02/27 | | Return of Principal - End-of-Day Sweep JPMorgan Chase & CO Commercial Paper. Cpswp022613 . Trn: 0572002939Xn<br>YOUR REF: 31Y9996861057 | 8,349,923.00 |
| 02/27 | | Interest On End-of-Day Investment - JPMorgan Chase & CO. Comml Paper. Principal= $8,349,923.00 Rate=00.09% For Investment Dated 02/26/13. Ref=Cpswp022613 Trn: 0581001125Xp<br>YOUR REF: 31Y9971125058 | 20.87 |
| 02/28 | | Return of Principal - End-of-Day Sweep JPMorgan Chase & CO Commercial Paper. Cpswp022713 . Trn: 0582002929Xn<br>YOUR REF: 31Y9996853058 | 8,349,944.00 |
| 02/28 | | Interest On End-of-Day Investment - JPMorgan Chase & CO. Comml Paper. Principal= $8,349,944.00 Rate=00.09% For Investment Dated 02/27/13. Ref=Cpswp022713 Trn: 0591001131Xp<br>YOUR REF: 31Y9971131059 | 20.87 |
| **Total** | | | **$159,339,223.95** |

## Withdrawals and Debits

| Ledger Date | Value Date | Description | Amount |
|---|---|---|---|
| 02/01 | | End-of-Day Investment Sweep To JPMorgan Chase & CO Commercial Paper. Cpswp020113 .<br>YOUR REF: 31Y9996886032 | $8,410,993.00 |
| 02/04 | | End-of-Day Investment Sweep To JPMorgan Chase & CO Commercial Paper. Cpswp020413 .<br>YOUR REF: 31Y9996871035 | 8,411,056.00 |
| 02/05 | | End-of-Day Investment Sweep To JPMorgan Chase & CO Commercial Paper. Cpswp020513 .<br>YOUR REF: 31Y9996877036 | 8,411,077.00 |
| 02/06 | | End-of-Day Investment Sweep To JPMorgan Chase & CO Commercial Paper. Cpswp020613 .<br>YOUR REF: 31Y9996846037 | 8,406,223.00 |
| 02/07 | | End-of-Day Investment Sweep To JPMorgan Chase & CO Commercial Paper. Cpswp020713 .<br>YOUR REF: 31Y9996844038 | 8,406,244.00 |
| 02/08 | | Book Transfer Debit A/C: Financial Guaranty Insurance Cnew York NY 10017- Ref: Interco: Allocation of Expenses Andother Invoices Trn: 2368400039Jo<br>YOUR REF: NONREF | 13,831.16 |
| 02/08 | | End-of-Day Investment Sweep To JPMorgan Chase & CO Commercial Paper. Cpswp020813 .<br>YOUR REF: 31Y9996847039 | 8,392,434.00 |
| 02/11 | | End-of-Day Investment Sweep To JPMorgan Chase & CO Commercial Paper. Cpswp021113 .<br>YOUR REF: 31Y9996846042 | 8,392,497.00 |
| 02/12 | | End-of-Day Investment Sweep To JPMorgan Chase & CO Commercial Paper. Cpswp021213 .<br>YOUR REF: 31Y9996834043 | 8,392,518.00 |
| 02/13 | | End-of-Day Investment Sweep To JPMorgan Chase & CO Commercial Paper. Cpswp021313 .<br>YOUR REF: 31Y9996835044 | 8,392,539.00 |
| 02/14 | | End-of-Day Investment Sweep To JPMorgan Chase & CO Commercial Paper. Cpswp021413 .<br>YOUR REF: 31Y9996840045 | 8,392,560.00 |
| 02/15 | | Fedwire Debit Via: Citibank Fsb Chgo/271070801 A/C: Kirkland And Ellis Llp US Ref: Fgic Corp Bankruptcy, Post Confirmation Period, Dec 2012 . 100000000000197/Fgicoap Imad: 0215B1Qgc02C004643 Trn: 4097900046Jo<br>YOUR REF: NONREF | 11,166.56 |

# JPMorganChase

February 01, 2013 through February 28, 2013
Account Number:

## Withdrawals and Debits (continued)

| Ledger Date | Value Date | Description | Amount |
|---|---|---|---|
| 02/15 | | Fedwire Debit Via: Signature Bank/026013576 A/C: The Garden City Group, Inc. US Ref: Fgic Corp Bankruptcy, 11.1.12 To 12.31.12, Inv 14046 . 100000000000198/Fgicoap Imad: 0215B1Qgc03C005513 Trn: 4098000046Jo YOUR REF: NONREF | 1,352.48 |
| 02/15 | | End-of-Day Investment Sweep To JPMorgan Chase & CO Commercial Paper. Cpswp021513 . YOUR REF: 31Y9996840046 | 8,379,900.00 |
| 02/15 | | Account Analysis Settlement Charge | 162.05 |
| 02/19 | | End-of-Day Investment Sweep To JPMorgan Chase & CO Commercial Paper. Cpswp021913 . YOUR REF: 31Y9996830050 | 8,379,984.00 |
| 02/20 | | End-of-Day Investment Sweep To JPMorgan Chase & CO Commercial Paper. Cpswp022013 . YOUR REF: 31Y9996839051 | 8,380,005.00 |
| 02/21 | | End-of-Day Investment Sweep To JPMorgan Chase & CO Commercial Paper. Cpswp022113 . YOUR REF: 31Y9996832052 | 8,380,026.00 |
| 02/22 | | Book Transfer Debit A/C: Financial Guaranty Insurance Cnew York NY 10017- Ref: Interco: Allocation of Expenses Andother Invoices Trn: 4010300053Jo YOUR REF: NONREF | 30,207.11 |
| 02/22 | | End-of-Day Investment Sweep To JPMorgan Chase & CO Commercial Paper. Cpswp022213 . YOUR REF: 31Y9996841053 | 8,349,840.00 |
| 02/25 | | End-of-Day Investment Sweep To JPMorgan Chase & CO Commercial Paper. Cpswp022513 . YOUR REF: 31Y9996846056 | 8,349,902.00 |
| 02/26 | | End-of-Day Investment Sweep To JPMorgan Chase & CO Commercial Paper. Cpswp022613 . YOUR REF: 31Y9996861057 | 8,349,923.00 |
| 02/27 | | End-of-Day Investment Sweep To JPMorgan Chase & CO Commercial Paper. Cpswp022713 . YOUR REF: 31Y9996853058 | 8,349,944.00 |
| 02/28 | | End-of-Day Investment Sweep To JPMorgan Chase & CO Commercial Paper. Cpswp022813 . YOUR REF: 31Y9996869059 | 8,349,965.00 |
| **Total** | | | **$159,334,349.36** |



## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1035 | 02/06 | $4,875.00 | | | | | | |

| **Total** | **1 check(s)** | | | | | | | **$4,875.00** |

**JPMorganChase**

February 01, 2013 through February 28, 2013

**Account Number:**

## Daily Balance

| Date | Collected Balance | Ledger Balance | Date | Collected Balance | Ledger Balance |
|---|---|---|---|---|---|
| 02/01 | $0.68 | $0.68 | 02/15 | $0.48 | $0.48 |
| 02/04 | $0.77 | $0.77 | 02/19 | $0.28 | $0.28 |
| 02/05 | $0.80 | $0.80 | 02/20 | $0.23 | $0.23 |
| 02/06 | $0.83 | $0.83 | 02/21 | $0.18 | $0.18 |
| 02/07 | $0.85 | $0.85 | 02/22 | $0.02 | $0.02 |
| 02/08 | $0.71 | $0.71 | 02/25 | $0.63 | $0.63 |
| 02/11 | $0.65 | $0.65 | 02/26 | $0.50 | $0.50 |
| 02/12 | $0.63 | $0.63 | 02/27 | $0.37 | $0.37 |
| 02/13 | $0.61 | $0.61 | 02/28 | $0.24 | $0.24 |
| 02/14 | $0.59 | $0.59 | | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

FGIC Disbursement Journal Report
GL Period: FEB-13

FGIC Corporation

| Check Number | Check Date | Amount | Supplier | Invoice Num | Invoice Date | Description |
|---|---|---|---|---|---|---|
| '100000000000197 | 2/15/2013 | 11,166.56 | KIRKLAND AND ELLIS LLP | 012813-K&E | 1/28/2013 | Legal fees, December 2012 |
| '100000000000198 | 2/15/2013 | 1,352.48 | THE GARDEN CITY GROUP, INC. | 14046 | 2/6/2013 | Bankruptcy Administration fees Nov and Dec 2012 |
| | | 44,038.27 | FGIC | | | Cost Sharing Expense Jan and Feb 2013 |
| | | 162.05 | JPM | | | Bank Charges |
| | | 56,719.36 | | | | |