Paul M. Basta
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

   - and -

Patrick J. Nash, Jr. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200

*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| FGIC CORPORATION,[1] | ) Case No. 10-14215 (SMB) |
| Debtor. | ) |

**NOTICE OF OCCURRENCE OF EFFECTIVE DATE AND**
**DEADLINE FOR PROFESSIONALS TO FILE FINAL FEE APPLICATIONS**

     **PLEASE TAKE NOTICE** that on April 23, 2012, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered the *Findings of Fact, Conclusion of Law, and Order Confirming the Chapter 11 Plan of Reorganization of FGIC Corporation* [Docket No. 314] (the "Confirmation Order").  Among other things, the Confirmation Order confirmed the *Chapter 11 Plan of Reorganization of FGIC Corporation* [Docket No. 314, Exhibit A] (the "Plan")[2] as satisfying the requirements of the Bankruptcy Code, thereby authorizing the Debtor to implement the Plan.

---

[1] The last four digits of the Debtor's tax identification number are 6474.  The location of the Debtor's corporate headquarters is 125 Park Avenue, New York, New York 10017.

[2] Unless otherwise defined in this notice, capitalized terms used in this notice shall have the meanings ascribed to them in the Plan and the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that on April 19, 2013, the Effective Date under the Plan occurred and the transactions contemplated under the Plan were consummated.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order and the Plan are available for inspection for a fee via PACER at: http://www.deb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that all final applications for the allowance of **Professional Claims** must be filed with the Bankruptcy Court no later than **June 19, 2013**, which is the date that is 60 days after the Effective Date, and served upon the entities who are designated by the Bankruptcy Rules, the Confirmation Order, and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 45].

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtor, the Reorganized Debtor, any Holder of a Claim against, or Equity Interest in, the Debtor and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is impaired under the Plan and whether or not such holder or entity voted to accept the Plan.

| | |
|---|---|
| New York, New York<br>Dated:  April 19, 2013 | */s/ Patrick J. Nash, Jr.*<br>Paul M. Basta<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York  10022<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br><br>- and -<br><br>Patrick J. Nash, Jr. (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois  60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br><br>*Counsel to the Debtor and Debtor in Possession* |