FGIC CORPORATION

Page 1

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 10-14215-smb

4    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5    FGIC CORPORATION

6

7        Debtor.

8

9    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

10

11                    U.S. Bankruptcy Court

12                    One Bowling Green

13                    New York, New York

14

15                    March 21, 2013

16                    10:21 AM

17

18

19    B E F O R E :

20    HON. STUART M. BERNSTEIN

21    U.S. BANKRUPTCY JUDGE

22

23

24

25

FGIC CORPORATION

Page 2

1   HEARING re:   Post-Confirmation Status Conference

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   Transcribed by:  Pamela A. Skaw

FGIC CORPORATION

Page 3

```
1    A P P E A R A N C E S :

2    KIRKLAND & ELLIS, LLP

3         Attorney for Debtor

4         300 North LaSalle

5         Chicago, IL 60654

6

7    BY:   PATRICK J. NASH, JR., ESQ.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

FGIC CORPORATION

Page 4

```
 1                    P R O C E E D I N G S

 2              THE COURT:  FGIC.

 3         (Pause)

 4              MR. NASH:  Good morning, Your Honor.

 5              THE COURT:  Good morning.

 6              MR. NASH:  Pat Nash of Kirkland and Ellis on

 7    behalf of the debtor, FGIC Corp.

 8              THE COURT:  Did you file a --

 9              MR. NASH:  We did yesterday, Your Honor.

10              Your Honor, we've not yet gone effective or made

11    any distributions, although we're very close doing so.  I

12    can explain, Your Honor, what --

13              THE COURT:  I thought there was a February drop

14    dead date in the last report.

15              MR. NASH:  It's been extended, Your Honor, to

16    April 19th.  And I think if we were to kick out this status

17    conference, you know, thirty, maybe sixty days, Judge, by

18    that time we'd probably be able to report that we've gone

19    effective and made distributions.

20              THE COURT:  What's holding up the effectiveness?

21              MR. NASH:  Originally, Your Honor, we were seeking

22    a private letter ruling from the I.R.S.  That private letter

23    ruling came down in November favorably, thankfully.  There

24    were certain tax conditions that were satisfied in November.

25              And then in connection, Your Honor, with preparing
```

FGIC CORPORATION

Page 5

1   to distribute the reorganized equity, we were surprised to

2   learn that one of our creditors will be a greater than ten

3   percent owner of the subsidiary insurance company.  And,

4   Your Honor, that greater than ten percent ownership status

5   requires that entity to comply with certain regulatory

6   requirements from the New York State Department of

7   Insurance, which we are in the process of finalizing.

8           THE COURT:  Okay.  So, what do you suggest?

9           MR. NASH:  Kick this over to a date that suits

10  Your Honor, perhaps sixty, ninety days.  Whatever makes

11  sense, Judge.

12          THE COURT:  You have any sense of when this is

13  going to be resolved or --

14          MR. NASH:  Sixty days should be enough time,

15  Judge.

16          THE COURT:  All right.  May 29th.

17          MR. NASH:  Thank you, Your Honor.

18          THE COURT:  Thank you.

19

20     (Whereupon these proceedings were concluded at 10:23

21  AM)

22

23

24

25

FDIC CORPORATION

Page 6

1                    C E R T I F I C A T I O N

2

3    I, Pamela A. Skaw, certify that the foregoing transcript is

4    a true and accurate record of the proceedings.

5

6

7

8

9

10

     Veritext

11

     200 Old Country Road

12

     Suite 580

13

     Mineola, NY 11501

14

15

     Date:  April 11, 2013

16

17

18

19

20

21

22

23

24

25