Page 1

```
 1   UNITED STATES BANKRUPTCY COURT
 2   SOUTHERN DISTRICT OF NEW YORK
 3   Case No. 10-14215(SMB)
 4   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
 5   In the Matter of:
 6
 7   FGIC CORPORATION,
 8
 9              Debtor.
10
11   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
12
13                   U.S. Bankruptcy Court
14                   One Bowling Green
15                   New York, New York
16
17                   May 29, 2013
18                   10:02 AM
19
20   B E F O R E :
21   HON STUART M. BERNSTEIN
22   U.S. BANKRUPTCY JUDGE
23
24
25
```

1  HEARING RE:  Post-Confirmation Status Conference

2

3  HEARING RE:  Application for Final Professional Compensation

4  of Kirkland & Ellis, LLP

5

6  HEARING RE:  Application for Final Professional Compensation

7  of Morrison & Foerster LLP

8

9  HEARING RE:  Application for Final Professional Compensation

10  of Curtis, Mallet-Prevost, Colt & Mosle LLP

11

12  HEARING RE:  Garden City Group's Application for

13  Compensation and Reimbursement of Expenses

14

15  HEARING RE:  Debtor's Motion for Entry of a Final Decree

16

17

18

19

20

21

22

23

24

25  Transcribed by:  Jamie Gallagher

```
 1   A P P E A R A N C E S :

 2   KIRKLAND & ELLIS LLP

 3         Attorney for the Debtor

 4         601 Lexington Avenue

 5         New York, NY 10022

 6

 7   BY:   PATRICK J. NASH, JR., ESQ.

 8

 9   MORRISON & FOERSTER LLP

10         Attorney for Official Committee of Unsecured Creditors

11         1290 Avenue of the Americas

12         New York, NY 10104

13

14   BY:   JOHN A. PINTARELLI, ESQ.

15

16   CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP

17         Conflicts Counsel

18         101 Park Avenue

19         New York, NY 10178

20

21   BY:   JAMES V. DREW, ESQ.

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2           THE CLERK:  All rise.
 3           THE COURT:  Please be seated.  FGIC.
 4           MR. NASH:  Good morning, Your Honor.
 5           THE COURT:  Good morning.
 6           MR. NASH:  Pat Nash from Kirkland & Ellis on
 7   behalf of the reorganized debtor.  We've got
 8   John Pintarelli, who represents creditor's committee.
 9           THE COURT:  How do you do.
10           MR. DREW:  James Drew.
11           MR. NASH:  James Drew on behalf of Curtis Mallet.
12           Judge, since we were last in front of you, about
13   60 days ago, the case has gone effective.  Every
14   distribution required to be made has been made.  Every claim
15   against the estate has been allowed and been paid in
16   accordance with the plan.  Which is why, Your Honor, in
17   addition to a couple final fee applications, we also filed
18   and served, and noticed up for today a motion for a final
19   decree.
20           The final fee applications that are in front of
21   Your Honor today are Kirkland & Ellis, my firm's, final fee
22   application; Morrison & Foerster's final fee application, on
23   behalf of the creditor's committee; Curtis Mallet's final
24   fee application, Your Honor, they were conflicts counsel;
25   and then I believe the final fee application of the Garden
```

1   City Group is in front of Your Honor for today.

2           There were no objections filed to any of the fee
3   applications.  The United States Trustee's Office, Your
4   Honor, did file a statement with respect to those
5   applications.  In discussions with the United State's
6   Trustee, Your Honor, Kirkland & Ellis agreed to take a
7   voluntary $11,200 write down with respect to fees sought and
8   a voluntary $750 write-off, Judge, with respect to expenses.
9   That was the full amount requested by the United States
10  Trustee and we agreed to it, Your Honor.

11          Morrison & Foerster, Your Honor, agreed
12  voluntarily to reduce their fees by $1,698 and agreed to
13  voluntarily reduce their expenses by $529.97.  With that,
14  Your Honor, there are no issues or objections that I'm aware
15  of.

16          I would point out, as we did say in our motion
17  papers, Judge, the final plan that was -- we started the
18  case on the first day with a plan of reorganization.  We
19  ended the case with an amended plan that increased creditor
20  recoveries by 120 percent, Judge.

21          As we do like to do in our cases, we worked very
22  cooperatively with the creditor's committee.  We worked very
23  cooperatively behind the scenes, as Your Honor knows, the
24  efficacy and the viability of this plan turned entirely on
25  an underlying insurance company, and a regulated entity and

```
 1   there was that underlying process that we had to wait
 2   patiently for.
 3            Since we were last in front of Your Honor, the New
 4   York Department of Financial Services has given the
 5   necessary approvals, which is why the plan was able to go
 6   effective.  So, we do -- at the risk of straining our elbow
 7   to pat ourselves on the back, Judge, we do think we did a
 8   good job on the case.
 9            THE COURT:  But you'll do it anyway.
10            MR. NASH:  But we'll do it anyway.  Unless Your
11   Honor has any questions, I would ask Your Honor to approve
12   the final fee applications and also enter an order closing
13   the cases, Your Honor.
14            THE COURT:  All right.  Is there anyone who wants
15   to be heard in connection with any of the applications?  The
16   record should reflect there's no response.
17            The applications are granted.  You can submit an
18   order and also submit an order for the final decree.
19            MR. NASH:  Thank you, Judge.
20            THE COURT:  Thank you very much.
21            MR. NASH:  Thank you, sir.
22       (Whereupon these proceedings were concluded at 10:06
23   AM)
24
25
```

```
1                            I N D E X

2

3                            R U L I N G

4                                                    PAGE      LINE

5      Application for Final Professional              6         17

6      Compensation of Kirkland & Ellis, LLP

7

8      Application for Final Professional              6         17

9      Compensation of Morrison & Foerster LLP

10

11     Application for Final Professional              6         17

12     Compensation of Curtis, Mallet-Prevost,

13     Colt & Mosle LLP

14

15     Garden City Group's Application for             6         17

16     Compensation and Reimbursement of Expenses

17

18     Debtor's Motion for Entry of a Final Decree     6         17

19

20

21

22

23

24

25
```

Page 8

1                       C E R T I F I C A T I O N

2

3    I, Jamie Gallagher, certify that the foregoing transcript is

4    a true and accurate record of the proceedings.

5

6

7

8

   Veritext

9

   200 Old Country Road

10

   Suite 580

11

   Mineola, NY 11501

12

13

   Date:  May 30, 2013

14

15

16

17

18

19

20

21

22

23

24

25